B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Colorado

In re **Worldwide Energy & Manufacturing USA Inc**, Case No. _____
Debtor

Chapter **11**

# Amended - LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Moye White, LLP<br>16 Market Square<br>6th Floor<br>16th Street<br>Denver, CO 80202-1486 | | | | $378,741.48 |
| WEMU NANTONG<br>Qifeng Road, Rucheng Town<br>Rugao, 226500<br>Jiangsu<br>P.R. China | | | | $279,169.53 |
| CIIC Investment Co., Ltd.<br>45/F 1 Building Grand Gateway<br>1 Hongqiao Road<br>1 Hongqiao Road<br>Shanghai, 200020 P.R. China | | | | $273,538.71 |
| Windes & McClaughry Accountancy Corp.<br>Landmark Square<br>111 West Ocean Boulevard,<br>Twenty Second Floor<br>Long Beach, CA 90802 | | | | $135,216.00 |
| Gary Coos<br>1864 Sannita Court<br>Pleasanton, CA  94566 | | | | $90,000.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Worldwide Energy & Manufacturing USA Inc** , Case No. _____
                       Debtor                                               Chapter **11**

# Amended - LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Worldwide Energy and MFG Nantong<br>Qifeng Road<br>Rucheng Town Rugao, 226500<br>Jiangsu, China | | | | $73,359.00 |
| A.M.Z International Shipping Co.<br>1067 Sneath Lane<br>San Bruno, CA 94066 | | | | $40,432.31 |
| Marco Polo Logistics (SFO), Inc.<br>156 South Spruce Avenue<br>Suite 214<br>South San Francisco, CA 94080 | | | | $9,991.69 |
| ZHEJIANG ZG-Cellings Co., Ltd.<br>8 Hauwei Road<br>Zhongshan Industrial Zone<br>Pujiang, Jinhua, Zhejiang<br>321000 China | | | | $5,858.32 |
| Vibato, LLC<br>755 Baywood Drive<br>2nd Floor<br>Petaluma, CA 94954 | | | | $4,583.33 |
| Michael H. Lewis<br>25 Kearney Street<br>Suite 302<br>San Francisco, CA 94108 | | | | $3,395.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Worldwide Energy & Manufacturing USA Inc** _____, Case No. _____

    Debtor                                                                     Chapter  **11**

# Amended - LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| ACG Accountancy<br>4301 Hacienda Drive<br>Suite 200<br>Pleasanton, CA 94588 | | | | $3,040.00 |
| Pahl & McCay, PLC<br>Fenn C. Horton III<br>225 West Santa Clara Street<br>Suite 1500<br>San Jose, CA 95113 | | | | $3,003.26 |
| ZHEJIANG SHUQIMENG<br>Photovoltaic<br>Technology<br>No. 5 Yangcheng Road<br>Nanyang Town, Xiaoshan District<br>Hangzhou, Zhejiang, China | | | | $1,805.48 |
| Englert, Coffey, McHugh &<br>Fantauzzi, LLP<br>224 State Street<br>P.O. Box 1092<br>Schenectady, NY 12301-1092 | | | | $1,647.50 |
| Getty Images<br>c/o McCormack Intellectual Law<br>617 Lee St.<br>Seattle, WA 98109 | | | | $1,508.00 |
| Michael Toups<br>8 Hibicus Road<br>Belleair, FL 33756 | | | | $1,000.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Worldwide Energy & Manufacturing USA Inc** , Case No. _____

Debtor

Chapter **11**

# Amended - LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Kingwood Logistics, Ltd. - USD<br>18/f, 625 King's Road<br>North Point<br>Hong Kong | | | | $649.08 |
| UPS<br>Dept. 4820<br>Los Angeles, CA 90096-4820 | | | | $148.68 |
| Federal Express<br>P.O. Box 7221<br>Pasadena, CA 91109-7321 | | | | $21.40 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, John Ballard, Chairman of the Board and CFO of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: _____  Signature: _See attached signature_____

John Ballard ,Chairman of the Board and CFO
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

B4 (Official Form 4) (12/07)4 -Cont.

In re Worldwide Energy & Manufacturing USA Inc, Debtor — Case No. ______ — Chapter 11

# Amended - LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Kingwood Logistics, Ltd. - USO<br>18/f, 625 King's Road<br>North Point<br>Hong Kong | | | | $649.08 |
| UPS<br>Dept. 4820<br>Los Angeles, CA 90096-4820 | | | | $148.68 |
| Federal Express<br>P.O. Box 7221<br>Pasadena, CA 91109-7321 | | | | $21.40 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, John Ballard, Chairman of the Board and CFO of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date 7/9/13

Signature: [signature]

Shui Fong Shum / CEO

John Ballard ,Chairman of the Board and CFO

(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.