# United States Bankruptcy Court
## District of Colorado

In re:  **Worldwide Energy & Manufacturing USA Inc**

Case No.  **13-21577-MER**

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
|  |  |  |  |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **John Ballard, Chairman of the Board and CFO** of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date:  _7/3/13_

John Ballard, Chairman of the Board and CFO,
Worldwide Energy & Manufacturing USA Inc

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

List of Equity Security Holders - Page 1

| InvestorNo | InvestorName | InvestorAddr | TaxID | ActDesc | Shares |
|---:|---|---|---|---|---:|
| 109267 | JEHU HAND | 24672 SAN JUAN AVE #204 UPDTD ADD 10 18 11 DANA POINT CA 92629 | | ESTRICT | 1000 |
| 14760 | CEDE & CO | P O BOX 222 BOWLING GREEN STATION NEW YORK NY 10274 | | | 100322 |
| 14760 | CEDE & CO | P O BOX 222 BOWLING GREEN STATION NEW YORK NY 10274 | | | 100322 |
| 14760 | CEDE & CO | P O BOX 222 BOWLING GREEN STATION NEW YORK NY 10274 | | | 100322 |
| 14760 | CEDE & CO | P O BOX 222 BOWLING GREEN STATION NEW YORK NY 10274 | | | 100322 |
| 14760 | CEDE & CO | P O BOX 222 BOWLING GREEN STATION NEW YORK NY 10274 | | | 100322 |
| 14760 | CEDE & CO | P O BOX 222 BOWLING GREEN STATION NEW YORK NY 10274 | | | 100322 |
| 14760 | CEDE & CO | P O BOX 222 BOWLING GREEN STATION NEW YORK NY 10274 | | | 100322 |
| 14760 | CEDE & CO | P O BOX 222 BOWLING GREEN STATION NEW YORK NY 10274 | | | 100322 |
| 14760 | CEDE & CO | P O BOX 222 BOWLING GREEN STATION NEW YORK NY 10274 | | | 100322 |
| 14760 | CEDE & CO | P O BOX 222 BOWLING GREEN STATION NEW YORK NY 10274 | | | 100322 |
| 14760 | CEDE & CO | P O BOX 222 BOWLING GREEN STATION NEW YORK NY 10274 | | | 100322 |
| 14760 | CEDE & CO | P O BOX 222 BOWLING GREEN STATION NEW YORK NY 10274 | | | 100322 |
| 14760 | CEDE & CO | P O BOX 222 BOWLING GREEN STATION NEW YORK NY 10274 | | | 100322 |
| 14760 | CEDE & CO | P O BOX 222 BOWLING GREEN STATION NEW YORK NY 10274 | | | 100322 |
| 14760 | CEDE & CO | P O BOX 222 BOWLING GREEN STATION NEW YORK NY 10274 | | | 100322 |
| 14760 | CEDE & CO | P O BOX 222 BOWLING GREEN STATION NEW YORK NY 10274 | | | 100322 |

| 14760 | CEDE & CO | P O BOX 222 BOWLING GREEN STATION NEW YORK NY 10274 | | | 100322 |
|---|---|---|---|---|---|
| 14760 | CEDE & CO | P O BOX 222 BOWLING GREEN STATION NEW YORK NY 10274 | | | 100322 |
| 14760 | CEDE & CO | P O BOX 222 BOWLING GREEN STATION NEW YORK NY 10274 | | | 100322 |
| 14760 | CEDE & CO | P O BOX 222 BOWLING GREEN STATION NEW YORK NY 10274 | | | 100322 |
| 14760 | CEDE & CO | P O BOX 222 BOWLING GREEN STATION NEW YORK NY 10274 | | | 100322 |
| 14760 | CEDE & CO | P O BOX 222 BOWLING GREEN STATION NEW YORK NY 10274 | | | 100322 |
| 14760 | CEDE & CO | P O BOX 222 BOWLING GREEN STATION NEW YORK NY 10274 | | | 100322 |
| 14760 | CEDE & CO | P O BOX 222 BOWLING GREEN STATION NEW YORK NY 10274 | | | 100322 |
| 14760 | CEDE & CO | P O BOX 222 BOWLING GREEN STATION NEW YORK NY 10274 | | | 100322 |
| 14760 | CEDE & CO | P O BOX 222 BOWLING GREEN STATION NEW YORK NY 10274 | | | 100322 |
| 14760 | CEDE & CO | P O BOX 222 BOWLING GREEN STATION NEW YORK NY 10274 | | | 100322 |
| 14760 | CEDE & CO | P O BOX 222 BOWLING GREEN STATION NEW YORK NY 10274 | | | 100322 |
| 14760 | CEDE & CO | P O BOX 222 BOWLING GREEN STATION NEW YORK NY 10274 | | | 100322 |
| 14760 | CEDE & CO | P O BOX 222 BOWLING GREEN STATION NEW YORK NY 10274 | | | 100322 |
| 14760 | CEDE & CO | P O BOX 222 BOWLING GREEN STATION NEW YORK NY 10274 | | | 100322 |
| 14760 | CEDE & CO | P O BOX 222 BOWLING GREEN STATION NEW YORK NY 10274 | | | 100322 |
| 14760 | CEDE & CO | P O BOX 222 BOWLING GREEN STATION NEW YORK NY 10274 | | | 13686 |

| | | | | | |
|---|---|---|---|---|---|
| 364094 | VALOR CAPITAL MANAGEMENT LP | 137 ROWAYTON AVENUE MORWALK CT 06853 | 0 | RESTRICT | 55000 |
| 372220 | TOM KLOPPEL | 6400 S HELENA ST **RTND MAIL BAD ADDRESS 2/25/08** UPDTD ADD 7 29 08 AURORA CO 80016 | | RESTRICT | 2000 |
| 372221 | DAVID B LATHAM | 315 GOOSE HOLLOW RD BERTHOUD CO 80513 | | | 2000 |
| 372227 | CARL D ORMOND | 1505 FELSPAR STREET **ADDR UPDTD 5/23/11** SAN DIEGO CA 92109 | | RESTRICT | 667 |
| 372237 | DIANE THELEN | 1462 S HALEYVILLE CIRCLE AURORA CO 80018 | | RESTRICT | 167 |
| 372238 | BETTY L TURNER | 8051 BRYANT ST WESTMINSTER CO 80031 | | | 167 |
| 372239 | ROSABELLE WHITE | 305 W SIMPSON ST LAFAYETTE CO 80026-1660 | | R STRICT | 334 |
| 372240 | KATHERINE B WILEY | 9631 STERLING DRIVE HIGHLANDS RANCH CO 80126 | | | 667 |
| 372244 | JIMMY Y WANG | 535 DARRELL RD **RTND MAIL BAD ADDRESS 3/11/08** HILLSBOROUGH CA 94010 | | ESTRICT | 1143 |
| 372244 | JIMMY Y WANG | 535 DARRELL RD **RTND MAIL BAD ADDRESS 3/11/08** HILLSBOROUGH CA 94010 | | RESTRICT | 3857 |
| 372245 | MINDY M WANG | 115 GLENGARRY WAY ADDRESS UPDTD 9/3/08 HILLSBOROUGH CA 94010 | | ESTRICT | 1143 |
| 372245 | MINDY M WANG | 115 GLENGARRY WAY ADDRESS UPDTD 9/3/08 HILLSBOROUGH CA 94010 | | RESTRICT | 3857 |
| 385314 | DONGPING ZHANG | FOREGN FOREGN 1 | 0 | RESTRICT | 667 |
| 385315 | SHENGRONG LIU | FOREGN FOREGN 1 | 0 | RESTRICT | 334 |
| 385316 | GUIPING XIE | FOREGN FORIEGN 1 | 0 | RESTRICT | 334 |
| 385320 | XIAORONG SHI | F0REIGN FOREIGN 1 | 0 | RESTRICT | 334 |
| 386660 | RAYMOND G KINCH | 7762 W YOTTAWA PL LITTLETON CO 80128 | | RESTRICT | 2000 |
| 422315 | CHESTNUT RIDGE PARTNERS LP | 85 CHALLENGER ROAD STE 501 RIDGEFIELD PARK NJ 07660 | | RESTRICT | 22426 |

| 422689 | MINDY WANG & JIMMY WANG JT TEN | 115 GLENGARRY WAY HILLSBOROUGH CA 94010 | | ESTRICT | 368438 |
| 422689 | MINDY WANG & JIMMY WANG JT TEN | 115 GLENGARRY WAY HILLSBOROUGH CA 94010 | | RESTRICT | 1242516 |
| 450467 | DAYBREAK SPECIAL SITUATIONS MASTER FUND LTD | 100 EAST COOK AVE STE 100 LIBERTYVILLE IL 60048 | 0 | RESTRICT | 8254 |
| 455748 | SILVER ROCK II LTD | PO OBX 213994 DUBAI UAE FOREIGN 1 | | RESTRICT | 60000 |
| 455754 | CHARLES CAGNON | 3470 17TH ST SAN FRANCISCO CA 94110 | 0 | RESTRICT | 10000 |
| 455754 | CHARLES CAGNON | 3470 17TH ST SAN FRANCISCO CA 94110 | 0 | RESTRICT | 10000 |
| 455757 | KARL J ZIEGLER | 2470 CRAGMOOR RD BOULDER CO 80305 | 0 | | 6000 |
| 455758 | TALIAFERRO H TAYLOR | 163 S MADISON AVE LOUISVILLE CO 80027 | 0 | RESTRICT | 2250 |
| 455762 | MING MING LIU | 115 GLENGARY WAY HILLSBOROUGH CA 94010 | 0 | | 40000 |
| 455770 | GEORGE L CLASSEN JR | 9911 W ATHENS LANE LITTLETON CO 80127 | 0 | RESTRICT | 2000 |
| 458803 | SHUI FONG SHUM | 1916 OAK KNOLL DRIVE BELMONT CA 94002 | | RESTRICT | 4000 |
| 458806 | ROBERT THELEN | 707 CHURCH STREET ST JOHNS MI 48874 | | | 500 |
| 461643 | CRESCENT INTERNATIONAL LTD | 84 AV LOUIS-CASA BOX 161 COLTRIN GENEVA 1216 SWITZERLAND FOR 1 | 0 | RESTRICT | 75000 |
| 472328 | JENNIFER MALIAR | FOREIGN FOREGN 1 | 0 | RESTRICT | 1000 |
| 472330 | GERALD CICCIO | FOREGN FOREIGN 1 | 0 | RESTRICT | 1000 |
| 472331 | MIKE STEINGREBE | FOPREIGN FOREGN 1 | 0 | RESTRICT | 1000 |
| 472333 | DINGFANG LU | STE A 11F LDG A NO 1118 CHANGSHOU ROAD SHANGHAI CHINA FOREGN 1 | 0 | RESTRICT | 100 |

| | | | | | |
|---|---|---|---|---|---|
| 472334 | JIANHUA GAO | STE A 11F BLDG A<br>NO 1117 CHANGSHOU<br>ROAD<br>SHANGHAI CHINA<br>**RTD WWEM INFO 12 28<br>09**<br>FOREIGN 1 | 0 | RESTRICT | 100 |
| 472335 | GUOPING XIN | STE A BLDG A 1118<br>CHANGSHOU ROAD<br>SHANGHAI CHINA<br>FOREGN 1 | 0 | RESTRICT | 100 |
| 472342 | GUOYING HUA | STE A 11F BLDG A<br>1118 CHANGSHOU ROAD<br>SHANGHAI CHINA<br>FOREGN 1 | 0 | RESTRICT | 100 |
| 472343 | MINGMING LIU | STE A 11F BLDG A<br>1118 CHANGSGHOU ROAD<br>SHANGHAI CHINA<br>FOREIGN 1 | 0 | RESTRICT | 100 |
| 472344 | YUEQUAN<br>ZHANG | STE A 11F BLDG A<br>1118 CHANGSHOU ROAD<br>SHANGHAI CHINA<br>FOREIGN 1 | 0 | RESTRICT | 100 |
| 472345 | YONGYUAN<br>WANG | STE A 11F BLDG A<br>1118 CHANGSHOU ROAD<br>SHANGHAI CHINA<br>FOREIGN 1 | 0 | RESTRICT | 100 |
| 472346 | WENJIN FEI | STE A 11F BLDG A<br>1118 CHANGSHOU ROAD<br>SHANGHAI CHINA<br>FOREIGN 1 | 0 | RESTRICT | 100 |
| 472347 | GUORING<br>CHENG | STE A 11F BLDG A<br>1118 CHANGSHOU ROAD<br>SHANGHAI CHINA<br>FOREIGN 1 | 0 | RESTRICT | 100 |
| 472348 | HENGZHEN MA | STE A 11F BLDG A<br>1118 CHANGSHOU ROAD<br>SHANGHAI CHINA<br>FOREGN 1 | 0 | RESTRICT | 100 |
| 472349 | XIANGLONG DAI | STE A 11F BLDG A<br>1118 CHANGSHOU ROAD<br>SHANGHAI CHINA<br>FOREGN 1 | 0 | RESTRICT | 100 |
| 472350 | ZHAOFAN<br>CHENG | 383 24TH AVE<br>SAN FRANCISCO CA 94121 | | RESTRICT | 100 |
| 472351 | KEJING ZHENG | STE A 11F BLDG A<br>1118 CHANGSHOU ROAD<br>SHANGHAI CHINA<br>FOREIGN 1 | 0 | RESTRICT | 100 |

| | | | | | |
|---|---|---|---|---|---|
| 472352 | HONGLIN DING | STE A 11F BLDG A<br>1118 CHANGSHOU ROAD<br>SHANGHAI CHINA<br>FOREIGN 1 | 0 | RESTRICT | 100 |
| 472353 | JANE GONG | 258 VALLEY ST #2<br>SAN FRANCISCO CA 94131 | | RESTRICT | 100 |
| 472354 | JIA LUO | 1517 DALE AVE<br>SAN MATEO CA 94401 | | RESTRICT | 100 |
| 472355 | CONGWU LIANG | STE A 26F BLDG A<br>1118 CHANGSHOU ROAD<br>SHANGHAI CHINA<br>FOREIGN 1 | 0 | RESTRICT | 100 |
| 472356 | JIANCHAO ZHANG | STE A 26F BLDG A<br>1118 CHANGSHOU ROAD<br>SHANGHAI CHINA<br>FOREIGN 1 | 0 | RESTRICT | 100 |
| 472357 | CHENG JIN | STE A 26F BLDG A<br>1118 CHANGSHOU ROAD<br>SHANGHAI CHINA<br>FOREIGN 1 | 0 | RESTRICT | 100 |
| 472358 | FENG JIANG | STE A 26F BLDG A<br>1118 CHANGSHOU ROAD<br>SHANGHAI CHINA<br>FOREIGN 1 | 0 | RESTRICT | 100 |
| 472359 | CHENG TAO | STE A 26F BLDG A<br>1118 CHANGSHOU ROAD<br>SHANGHAI CHINA<br>FOREIGN 1 | 0 | RESTRICT | 100 |
| 472360 | XIAOHUI LU | STE A 26F BLDG A<br>1118 CHANGSHOU ROAD<br>SHANGHAI CHINA<br>FOREIGN 1 | 0 | RESTRICT | 100 |
| 472361 | ZHENGYING LIU | STE A 26F BLDG A<br>1118 CHANGSHOU ROAD<br>SHANGHAI CHINA<br>FOREGN 1 | 0 | RESTRICT | 100 |
| 472362 | YING SHI | STE A 26F BLDG A<br>1118 CHANGSHOU ROAD<br>SHANGHAI CHINA<br>FOREGN 1 | 0 | RESTRICT | 100 |
| 472363 | MINQIAO CHEN | STE A 26F BLDG A<br>1118 CHANGSHOU ROAD<br>SHANGHAI CHINA<br>FOREGN 1 | 0 | RESTRICT | 100 |
| 472364 | JIANWEI WANG | STE A 26F BLDG A<br>1118 CHANGSHOU ROAD<br>SHANGHAI CHINA<br>FOREIGN 1 | 0 | RESTRICT | 100 |
| 472365 | FENG YANG | STE A 26F BLDG A<br>1118 CHANGSHOU ROAD<br>SHANGHAI CHINA<br>FOREIGN 1 | 0 | RESTRICT | 100 |

| | | | | | |
|---|---|---|---|---|---|
| 472366 | RONG LI | STE A 26F BLDG A<br>1118 CHANGSHOU ROAD<br>SHANGHAI CHINA<br>FOREGN 1 | 0 | RESTRICT | 100 |
| 472367 | KE XU | STE A 26F BLDG A<br>1118 CHANGSHOU ROAD<br>SHANGHAI CHINA<br>FOREIGN 1 | 0 | RESTRICT | 100 |
| 472368 | HUA YANG | STE A 26F BLDG A<br>1118 CHANGSHOU ROAD<br>SHANGHAI CHINA<br>FOREGN 1 | 0 | RESTRICT | 100 |
| 472369 | WENMING CHENG | STE A 26F BLDG A<br>1118 CHANGSHOU ROAD<br>SHANGHAI CHINA<br>FOREIGN 1 | 0 | RESTRICT | 100 |
| 472757 | MIDSOUTH INVESTOR FUND | 201 4TH AVENUE NORTH<br>STE 1950<br>NASHVILLE TN 37219 | | RESTRICT | 2520 |
| 476895 | MATTHEW HAYDEN | C/O LEGEND MERCHANT GROUP<br>201 MISSION ST 2ND FL<br>UPDTD ADD 1 19 12<br>SAN FRANCISCO CA 94105 | | RESTRICT | 20996 |
| 479042 | JEFFREY F WATSON | 249 CHEYENNE DRIVE<br>PASO ROBLES CA 93446 | | | 20000 |
| 479391 | PERRITT EMERGING OPPORTUNITIES FUND | US BANK FUND SERVICES<br>ATTN RYAN MEISSEN<br>1555 N RIVER CENTER DRIVE<br>MILWAUKEE WI 53212 | 0 | RESTRICT | 166666 |
| 479391 | PERRITT EMERGING OPPORTUNITIES FUND | US BANK FUND SERVICES<br>ATTN RYAN MEISSEN<br>1555 N RIVER CENTER DRIVE<br>MILWAUKEE WI 53212 | 0 | RESTRICT | 1 |
| 479419 | JEAN FOSTER HENDDRY | 4081 E HINSDALE CIRCOE<br>CENTENNIAL CO 80122 | | RESTRICT | 2000 |
| 479422 | YING WAUNG | 270 WILLOW AVE<br>MILLBRAE CA 94030 | 0 | | 2000 |
| 479423 | LINDA LOU | 7250 BLUE HILL DRIVE APT 426<br>RTD WWEM UPS 2 17 10<br>REMAILED TO CO 2 17 10<br>SAN JOSE CA 95290 | | | 20000 |
| 479425 | CHINHUEI TSAI | 1977 GARDEN DRIVE APT 202<br>BURLINGAME CA 94010 | 0 | RESTRICT | 2500 |
| 479426 | HAO CHEN | 4224 CALIFORNIA ST STE 104<br>SAN FRANCISCO CA 94118 | 0 | | 3000 |

| 479427 | LI-PIN PAI | 1462 FERGUSON WY SAN JOSE CA 95129 | 0 | RESTRICT | 1300 |
|---|---|---|---|---|---|
| 479428 | LINDA YUE YING LIU | 4224 CALIFORNIA ST #104 SAN FRANCISCO CA 94118 | 0 | | 7500 |
| 479430 | PAUL PING LIU | 538 ALEXIS CIRCLE DALY CITY CA 94014 | 0 | | 4000 |
| 479432 | SAM XIANG LIU | 538 ALEXIS CIRCLE DALY CITY CA 94014 | 0 | | 500 |
| 479434 | TIFFANY LIU SHIMING MICHAEL LIU | 3604 TIMOR CT SAN BRUNO CA 94066 | 0 | | 5000 |
| 479435 | MICHAEL A MCCLARAN | 12452 E LASALLE PL AURORA CO 80014 | | | 27778 |
| 479436 | ROBERT BATTA | 2746 HURDLE COURT HERDON VA 20171 | 0 | RESTRICT | 8889 |
| 479438 | HAMMERMAN CAPITAL PARTNERS LP | 1232 ROSE LANE LAFAYETTE CA 94549 | | RESTRICT | 30750 |
| 479471 | LI-PIN PAI | 1462 FERGUSON WAY SAN JOSE CA 95129 | | ESTRICT | 22 |
| 480126 | THE BOURQUIN FAMILY TR UAD 5/7/98 | ATTN; ROCKY HUDSON 20 N WACKER STE 1520 CHICAGO IL 60606 | | RESTRICT | 10000 |
| 480127 | ANNE R BROWN IRREVOCABLE TR UAD 3/20/90 | ATTN; ROCKY HUDSON 20 NORTH WACKER #1520 CHICAGO IL 60606 | | ESTRICT | 10000 |
| 480129 | KATHARINE BARD DICKSON & MARK A DICKSON JTWROS | 85 SOUTH BIRCH STREET DENVER CO 80249 | | RESTRICT | 20000 |
| 480130 | LEONARD M HERMAN TR UAD 5/3/93 | ATTN; ROCKY HUDSON 20 NORTH WACKER #1520 CHICAGO IL 60606 | | RESTRICT | 15000 |
| 480131 | SIDNEY N HERMAN | ATTN; ROCKY HUDSON 20 NORTH WACKER #1520 CHICAGO IL 60606 | | RESTRICT | 10000 |
| 480132 | US TRUST COMPANY OF DELAWARE FBO WILLIAM K KELLOGG III 53 TR | ATTN; DEBRA PATTERSON 1100 N KING STREET WILMINGTON DE 19884 | | ESTRICT | 10000 |
| 480133 | T MICHAEL JOHNSON & PATRICIA R JOHNSON JTWROS | 6480 DAGGERT ROAD MOUNT CARROLL IL 64053 | | RESTRICT | 5000 |
| 480134 | JOHN BARD MANULIS | ATTN: ROCKY HUDSON 20 NORTH WACKER #1520 CHICAGO IL 60606 | | ESTRICT | 5000 |

| 480135 | LAURIE MANULIS HARMON | 733 21ST ST<br>SANTA MONICA CA 90402 | | RESTRICT | 5000 |
|---|---|---|---|---|---|
| 480136 | R S PIERREPONT 1932 TRUST | ATTN: ROCKY HUDSON<br>20 NORTH WACKER #1520<br>CHICAGO IL 60606 | | RESTRICT | 5000 |
| 480137 | M EDWARD SELLERS & SUZAN D BOYD JTWROS | 4645 PINE GROVE CT<br>COLUMBIA SC 29206-4517 | | RESTRICT | 10000 |
| 480138 | ROBERT S STEINBAUM | ATTN: ROCKY HUDSON<br>20 NORTH WACKER 31520<br>CHICAGO IL 60606 | | RESTRICT | 5000 |
| 480139 | JANET J UNDERWOOD TR UAD 6/25/02 | ATTN: ROCKY HUDSON<br>20 NORTH WACKER #1520<br>CHICAGO IL 60606 | | RESTRICT | 10000 |
| 480140 | BARD MICRO-CAP FUND LP | ATTN: ROCKY HUDSON<br>20 NORTH WACKER #1520<br>CHICAGO IL 60606 | | RESTRICT | 15000 |
| 480141 | TIMOTHY B JOHNSON | ATTN: ROCKY HUDSON<br>20 NORTH WACKER #1520<br>CHICAGO IL 60606 | | RESTRICT | 5000 |
| 480142 | TIMOTHY B JOHNSON C/F ALEXIS B JOHNSON | 135 S LASALLE STREET STE 3700<br>CHICAGO IL 60603 | | RESTRICT | 5000 |
| 480143 | DALE F SNAVELY | ATTN: ROCKY HUDSON<br>20 NORTH WACKER #1520<br>CHICAGO IL 60606 | | RESTRICT | 15000 |
| 481027 | WORLDWIDE ENERGY & MANUFACTURING USA INC | C/O SICHENZIA ROSS<br>FRIEDMAN FERENCE LLP<br>61 BROADWAY 32ND FL<br>NEW YORK NY 10006 | 0 | RESTRICT | 35867 |
| 481027 | WORLDWIDE ENERGY & MANUFACTURING USA INC | C/O SICHENZIA ROSS<br>FRIEDMAN FERENCE LLP<br>61 BROADWAY 32ND FL<br>NEW YORK NY 10006 | 0 | RESTRICT | 120956 |
| 481027 | WORLDWIDE ENERGY & MANUFACTURING USA INC | C/O SICHENZIA ROSS<br>FRIEDMAN FERENCE LLP<br>61 BROADWAY 32ND FL<br>NEW YORK NY 10006 | 0 | RESTRICT | 44182 |
| 481027 | WORLDWIDE ENERGY & MANUFACTURING USA INC | C/O SICHENZIA ROSS<br>FRIEDMAN FERENCE LLP<br>61 BROADWAY 32ND FL<br>NEW YORK NY 10006 | 0 | RESTRICT | 148997 |
| 482422 | JENNIFER MALIAR | 16392 E WAGONTRAIL DRIVE<br>AURORA CO 80015 | | RESTRICT | 1764 |

| | | | | | |
|---|---|---|---|---|---|
| 482423 | MICHAEL STEINGREBE | PO BOX 17642 BOULDER CO 80308 | | RESTRICT | 1764 |
| 482424 | JEHU HAND | 24 CALLE DE LA LUNA SAN CLEMENTE CA 92673 | | ESTRICT | 1764 |
| 482425 | LAUREN BYRNE | 1 1905 E CORNELL CIR AURORA CO 80014 | | | 1764 |
| 483038 | ALLIANCE ADVISORS | 500 5TH AVE STE 2240 NEW YORK NY 10110 | 0 | RESTRICT | 900 |
| 483155 | GERALD DE CICCIO | 5271 HEIGHTSVIEW LANE WEST #2325 FT WORTH TX 76132 | | RESTRICT | 6692 |
| 494272 | IRTH COMMUNICATIONS LLC | 520 BROADWAY STE 350#111 SANTA MONICA CA 90401 | | RESTRICT | 3834 |
| 494272 | IRTH COMMUNICATIONS LLC | 520 BROADWAY STE 350#111 SANTA MONICA CA 90401 | | RESTRICT | 2321 |
| 494272 | IRTH COMMUNICATIONS LLC | 520 BROADWAY STE 350#111 SANTA MONICA CA 90401 | | RESTRICT | 2227 |
| 494272 | IRTH COMMUNICATIONS LLC | 520 BROADWAY STE 350#111 SANTA MONICA CA 90401 | | RESTRICT | 2086 |
| 494272 | IRTH COMMUNICATIONS LLC | 520 BROADWAY STE 350#111 SANTA MONICA CA 90401 | | RESTRICT | 2500 |
| 494272 | IRTH COMMUNICATIONS LLC | 520 BROADWAY STE 350#111 SANTA MONICA CA 90401 | | RESTRICT | 5198 |
| 495087 | GERALD DECICCIO | 26731 ANADALE DR LAGUNA HILLS CA 92653 | | RESTRICT | 17218 |
| 502031 | HAMPTON GROWTH RESOURCES LLC | 520 BROADWAY STE 350 #111 SANTA MONICA CA 90401 | | RESTRICT | 983 |
| 504247 | RICHARD J MICCHELLI JR | 601 WILLOW AVE APT 4F HOBOKEN NJ 07030 | | RESTRICT | 1882 |
| 509753 | FRANK YANG | INTECH-EM STE C 11TH FL BLDG A #1118 CHANGSHOU ROAD SHANGHAI 1 | | RESTRICT | 7416 |

```
                              NOBO LIST 5-13-13.txt
JOB NUMBER,CUSIP,ISSUER NAME,RECORD DATE,SORT:(D)ESCENDING (Z)IP CODE,NUMBER OF
NOBOS
N64993,98158R104,"WORLDWIDE ENERGY & MFG USA INC"        ,050613,D,0000502

SHARES,1ST LINE OF NAME & ADDRESS,2ND LINE OF NAME & ADDRESS,3RD LINE OF NAME &
ADDRESS,4TH LINE OF NAME & ADDRESS,5TH LINE OF NAME & ADDRESS,6TH LINE OF NAME &
ADDRESS,7TH LINE OF NAME & ADDRESS,ZIP CODE FOR SORTING,CUSIP

000296000.00000,BOCI SECURITIES LIMITED               ,-SINGLE AGENCY ACCOUNT-
    ,GRAND MILLENNIUM PLAZA  22/F    ,181 QUEENS ROAD
,CENTRAL  HONG KONG                                                         ,
                    ,00000,98158R104
000129201.00000,MIDSOUTH INVESTOR FUND LP        ,201 4TH AVE. NORTH  SUITE 1950
    ,NASHVILLE TN  37219-2019          ,                            ,
                    ,37219,98158R104
000125000.00000,CHESTNUT RIDGE PARTNERS LP     0307,85 CHALLENGER RD SUITE 501
    ,RIDGEFIELD PARK  NJ  07660        ,                            ,
                    ,07660,98158R104
000120097.00000,WORTHLESS SECURITIES              ,111 TOWN SQUARE PLACE
    ,15TH FLOOR                      ,JERSEY CITY  NJ 07310-1755          ,
                    ,07310,98158R104
000109334.00000,JINGDE YANG                      ,15 MALIANDAO EAST RD BLDG #3
    ,APT 307 XUANUI DISTRICT         ,109055 BEIJING               ,CHINA
                    ,00000,98158R104
000081870.00000,MINGMING LIU                     ,RM 301 NO 9 LN 515 LIUYING LU
    ,ZHABEI QU                       ,SHANGHAI 200072 CHINA               ,
                    ,00000,98158R104
000065136.00000,MARK DAVID NIELSEN &             ,DONNA S NIELSEN TEN COM
    ,12014 PORTOBELLA DR             ,AUSTIN  TX  78732-2032              ,
                ,78732,98158R104
000063468.00000,CLEMENS BUSS                     ,15 CORLETT WAY
    ,BURLINGAME CA            94010 ,                                     ,
                ,94010,98158R104
000053529.00000,MATTHEW M LOAR                   ,R/O IRA E*TRADE CUSTODIAN
    ,322 CASTILIAN WAY               ,SAN MATEO CA  94402-2326            ,
                ,94402,98158R104
000046183.00000,PERRITT CAPITAL MANAGEMENT INC   ,ATTN LYNN BURMEISTER
    ,300 S WACKER DRIVE SUITE 2880    ,CHICAGO IL 60606                   ,
                ,60606,98158R104
000041334.00000,PHILIP DA QING ZHANG             ,636 10TH AVE
    ,SAN FRANCISCO          CA 94118 ,                                    ,
                ,94118,98158R104
000040000.00000,JOHN D BALLARD                   ,6754 W HINSDALE PLACE
    ,LITTLETON CO  80128-4513         ,                                   ,
                ,80128,98158R104
000030000.00000,ANGELO  FOCACCIA                 ,294 E 25TH ST
    ,PATERSON  NJ  07514              ,                                   ,
                ,07514,98158R104
000030000.00000,DAVID CLAPHAM TTEE               ,NEIL ANDREW SHIMMIELD TTEE
    ,THE TARNHELM TRUST 10/22/97      ,FBO CHILDREN OF D & G CLAPHAM    ,559
DRYDEN PLACE                         ,CHARLOTTESVILLE  VA 22903-4667    ,
                              Page 1
```

NOBO LIST 5-13-13.txt

```
                         ,22903,98158R104
000029371.00000,ZIJIN YANG & MENGCHANG XIA TRS FBO  ,REVOCABLE TRUST OF ZIJIN YANG
UA MAY,500 UNIVERSITY AVE                 ,APT 1430
,HONOLULU  HI  968264938                                                        ,
                          ,96826,98158R104
000026500.00000,DONNA NIELSEN ROTH IRA TD          ,AMERITRADE CLEARING  CUSTODIAN
   ,12014 PORTOBELLA DR              ,AUSTIN TX  787322032                  ,
                          ,78732,98158R104
000023865.00000,JOHN BALLARD                       ,6754 W HINSDALE PL
   ,LITTLETON        CO 80128           ,                                 ,
                          ,80128,98158R104
000023322.00000,PROSPERA FINANCIAL SERVICES        ,WORTHLESS ACCOUNT
   ,5429 LBJ FREEWAY STE 400         ,DALLAS TX  75240                      ,
                          ,75240,98158R104
000022000.00000,MINDY WANG                         ,JIMMY Y WANG COMM PROP
   ,115 GLENGARRY WAY                ,HILLSBOROUGH         CA 94010        ,
                          ,94010,98158R104
000022000.00000,YAWEI ZHANG                        ,RM 104 NO 3 ZHENRU XI CUN
   ,SHANGHAI CHINA 200333            ,                                     ,
                          ,00000,98158R104
000020000.00000,WILLIAM J DIXON IRA TD AMERITRADE   ,CLEARING  CUSTODIAN
   ,35765 N. POPPY RIDGE RD.         ,SOLDOTNA AK  99669                    ,
                          ,99669,98158R104
000020000.00000,YINGCHAO ZHENG TTEE                 ,PING GAO TTEE
   ,YINGCHAO ZHENG & PING GAO LIVI   ,U/A DTD 3/18/06                      ,216 S
ASHTON AVE                ,MILLBRAE          CA 94030      ,
                          ,94030,98158R104
000018824.00000,DANIEL POMERANTZ                    ,1406 BEECHWOOD BLVD
   ,PITTSBURGH  PA  15217-1327       ,                                     ,
                          ,15217,98158R104
000018800.00000,RONGLIN ZHANG                       ,RM 402 NO 5 NONG 800
   ,YANCHANG ZHONGLU                 ,SHANGHAI 200072 CHINA                ,
                          ,00000,98158R104
000017000.00000,STEVEN A GOODSELL &                 ,JUDY M GOODSELL JT WROS
   ,4014 AURA DR                     ,SALT LAKE CITY UT  84124-2175         ,
                          ,84124,98158R104
000017000.00000,MATTHEW LOAR                        ,322 CASTILIAN WAY
   ,SAN MATEO CA 94402-2326          ,                                     ,
                          ,94402,98158R104
000016500.00000,KEN KWAN YEE TTEE                   ,THE KEN KWAN YEE REV LIVING TR
   ,U/A DTD 11/04/2002               ,110-61 62ND DR
,FOREST HILLS NY        11375       ,                                      ,
                          ,11375,98158R104
000016400.00000,JEFFREY F WATSON                    ,1590 SHILOH PL
   ,TEMPLETON       CA 93465-9026    ,                                     ,
                          ,93465,98158R104
000015000.00000,PAUL LEVINE                         ,SONDRA LEVINE JT TEN
   ,40 E 9TH ST APT 12J              ,NEW YORK              NY 10003        ,
                          ,10003,98158R104
000014900.00000,SHUI FONG SHUM                      ,1916 OAK KNOLL DR
   ,BELMONT         CA 94002         ,
```

Page 2

```
                        NOBO LIST 5-13-13.txt
                 ,94002,98158R104                                      ,
000014690.00000,DANIEL S COLE & KRISTINE M COLE JT   ,TEN
     ,929 WATERWAY TER                  ,LAKE PLACID  FL  33852-8356            ,
                 ,33852,98158R104                                      ,
000014575.00000,CARDINAL VALUE LP                    ,A PARTNERSHIP
     ,SMART CARDINAL MGMT LLC          ,C/O WILLIAM SMART                 ,PO
BOX 742                      ,PALO ALTO          CA 94302-0742   ,
                 ,94302,98158R104
000014100.00000,DAVID E STERN                        ,IRA R/O ETRADE CUSTODIAN
     ,310 MILES DRIVE                  ,BLUE BELL PA  19422-3100             ,
                 ,19422,98158R104                                      ,
000013585.00000,RANDALL BRODSKY                      ,3662 COUNTRY PLACE BLVD
     ,SARASOTA FL  34233                  ,                                  ,
                 ,34233,98158R104                                      ,
000012400.00000,FMT CO CUST IRA SEPP                 ,FBO DANIEL J POMERANTZ
     ,1406 BEECHWOOD BLVD              ,PITTSBURGH        PA 15217-1327    ,
                 ,15217,98158R104
000012200.00000,MARK NIELSEN ROTH IRA TD AMERITRADE ,CLEARING  CUSTODIAN
     ,12014 PORTOBELLA DR              ,AUSTIN TX  787322032                ,
                 ,78732,98158R104                                      ,
000011834.00000,RAYMOND G KINCH &                    ,ELISABETH A KINCH JT/TIC
     ,8984 OLD TOM MORRIS CR           ,HIGHLANDS RANCH CO  80129-2245     ,
                 ,80129,98158R104                                ,
000011000.00000,STEVEN A GOODSELL                    ,4014 AURA DRIVE
     ,SALT LAKE CITY UT  84124-2175       ,                              ,
                 ,84124,98158R104                                      ,
000010400.00000,FAN WANG-ZEE &                       ,PO N ZEE COMM PROP
     ,1330 CAMBRIDGE DR                ,GLENDALE CA  91205-3502            ,
                 ,91205,98158R104                                      ,
000010000.00000,ARNAUD ISNARD                        ,309 E 49TH ST # 8A
     ,NEW YORK          NY 10017-1601       ,                            ,
                 ,10017,98158R104                                      ,
000009000.00000,KARL F DUSCHER                       ,12766 BRADWELL RD
     ,OAK HILL  VA  20171-2453            ,                               ,
                 ,20171,98158R104                                      ,
000008714.00000,FMT CO CUST IRA ROLLOVER             ,FBO DAVID E STERN
     ,310 MILES DRIVE                  ,BLUE BELL         PA 19422-3100    ,
                 ,19422,98158R104                                      ,
000008210.00000,KARL J ZIEGLER                       ,CHARLES SCHWAB & CO INC CUST
     ,IRA CONTRIBUTORY                 ,2470 CRAGMOOR RD
,BOULDER CO              80305                                      ,
                          ,80305,98158R104
000008186.00000,DONNA STEWART NIELSEN                ,12014 PORTOBELLA DR
     ,AUSTIN TX  78732-2032                ,                             ,
                 ,78732,98158R104                                      ,
000008035.00000,SONGXIAN S WANG                      ,8308 SHELTER CREEK LN
     ,SAN BRUNO CA  94066-3879            ,                             ,
                 ,94066,98158R104                                      ,
000008000.00000,PATRICK V BONSIGNORE & MARY ELLEN   ,BONSIGNORE TRS FBO BONSIGNORE
                              Page 3
```

```
                                NOBO LIST 5-13-13.txt
                                            ,23865 WEST SUSSEX DRIVE
LIVING,TRUST UA 11/01/2007
,CHANNAHON IL 60410-3061              ,                                        ,
                          ,60410,98158R104
000007800.00000,JINGDE YANG                         ,115 GLENGARRY WAY
   ,HILLSBOROUGH CA 94010-7313          ,                              ,
              ,94010,98158R104
000006750.00000,GEORGE LAVERNE CLASSEN JR IRA TD    ,AMERITRADE CLEARING  CUSTODIAN
   ,9911 W ATHENS LN              ,LITTLETON CO 801275925               ,
              ,80127,98158R104
000006667.00000,SIU FONG SHUM                       ,PO BOX 591317
   ,SAN FRANCISCO CA           94159  ,                              ,
              ,94159,98158R104
000006666.00000,DONALD A GILLMORE                   ,6395 W LEAWOOD DR
   ,LITTLETON CO  80123-3728           ,                              ,
              ,80123,98158R104
000006500.00000,DENNIS GROSSMAN                     ,ROTH IRA
   ,APEX CUST                  ,2 FOX HOLLOW CT                    ,DIX
HILLS NY 11746-6161                                        ,
              ,11746,98158R104
000006444.00000,SONGXIAN S WANG                     ,IRA R/O ETRADE CUSTODIAN
   ,8308 SHELTER CREEK LN         ,SAN BRUNO CA 94066-3879            ,
              ,94066,98158R104
000006050.00000,FIRST CLEARING  LLC                 ,ATTN   PROXY DEPT
   ,2801 MARKET STREET            ,SAINT LOUIS  MO 63103             ,
              ,63103,98158R104
000006000.00000,FMTC CUSTODIAN - ROTH IRA           ,FBO HANS G OETTLIN
   ,PMB 12540                   ,225 RAINBOW DR
,LIVINGSTON        TX 77399-2025      ,                              ,
                       ,77399,98158R104
000006000.00000,FMT CO CUST IRA ROLLOVER            ,FBO SCOTT A GRAYSON
   ,176 BUCKINGHAM RD             ,TENAFLY        NJ 07670-2302       ,
              ,07670,98158R104
000006000.00000,CARL MCARTHUR                       ,***TOD*** RICK E MCARTHUR
   ,***TOD*** MARK L MCARTHUR            ,17617 NE 152 AVE              ,BRUSH
PRAIRIE WA                    ,WA 98606-7275                    ,
              ,98606,98158R104
000005800.00000,MARCEL SCHERGER                     ,11707 135B ST NW
   ,EDMONTON AB  T5M 1L8               ,                              ,
              ,00000,98158R104
000005530.00000,FMT CO CUST IRA ROLLOVER            ,FBO RALPH A TORAN
   ,124 MARKED TREE RD            ,NEEDHAM        MA 02492-1634       ,
              ,02492,98158R104
000005500.00000,LAWRENCE JAMES VANDER VEEN          ,CHARLES SCHWAB & CO INC CUST
   ,IRA CONTRIBUTORY             ,2125 O ST NW
,WASHINGTON DC           20037                              ,
                       ,20037,98158R104
000005415.00000,MR JASON MODERI                     ,1212 HERCULES LN
   ,NAPERVILLE           IL 60540      ,                              ,
              ,60540,98158R104
000005225.00000,TRIDENT PARTNERS CABINET ACCT       ,181 CROSSWAYS PARK DRIVE
   ,WOODBURY NY  11797-2057            ,                              ,
                 ,11797,98158R104
                            Page 4
```

```
                                NOBO LIST 5-13-13.txt
000005214.00000,TERESA MCCLARAN                          ,25057 E LAKE DR
   ,AURORA                CO 80016        ,                              ,
                    ,80016,98158R104
000005000.00000,SCOTTRADE INC CUST FBO              ,JEAN F HENDRY ROLLOVER IRA
   ,4081 E HINSDALE CIR       ,CENTENNIAL          CO 80122      ,
                    ,80122,98158R104
000005000.00000,SCOTTRADE INC CUST FBO              ,CHANGXING CHEN ROLLOVER IRA
   ,1977 GARDEN DR APT 202    ,BURLINGAME          CA 94010      ,
                    ,94010,98158R104
000005000.00000,RICHARD CONWAY &                    ,LISA CONWAY  JT TEN
   ,219 N DOUTY               ,HANFORD CA  93230-4645            ,
                    ,93230,98158R104
000005000.00000,JINGJIN SUN                          ,46-05 BURLING ST.
   ,FLUSHING NY  11355-2211         ,                             ,
                    ,11355,98158R104
000005000.00000,JASON CALICCHIA                      ,315 W33RD ST.
   ,28J                       ,NEW YORK  NY  10001               ,
                    ,10001,98158R104
000005000.00000,JOHN O & CHERYL A PARKER TRS FBO    ,LIVING TRUST AGREEMENT OF JOHN
O    ,AND CHERYL A PARKER UA FEB  2006    ,PO BOX 270
,MATLOCK  WA  98560                                               ,
                    ,98560,98158R104
000005000.00000,DANIEL THOMAS CUST                   ,JOZLYN THOMAS UNDER THE FL
   ,UNIF TRANSFERS TO MINORS ACT    ,10 BELEM ST                 ,PUNTA
GORDA        FL 33983       ,                                 ,
                    ,33983,98158R104
000005000.00000,JEANETTE B ASBELL                    ,5429 BUCKSKIN DR
   ,THE COLONY        TX 75056-3820      ,                       ,
                    ,75056,98158R104
000005000.00000,DUDLEY D TAYLOR                      ,PO BOX 1116
   ,MARSHALL TX 75671              ,                              ,
                    ,75671,98158R104
000005000.00000,SEVILLE ENTERPRISES LP              ,A PARTNERSHIP
   ,1132 W ALTGELD ST         ,CHICAGO IL               60614  ,
                    ,60614,98158R104
000004900.00000,CARL E MCARTHUR TOD                 ,17617 NE 152ND AVE
   ,BRUSH PRAIRIE  WA  98606         ,                           ,
                    ,98606,98158R104
000004500.00000,KEN KWAN YEE                        ,CHARLES SCHWAB & CO INC CUST
   ,IRA CONTRIBUTORY          ,110-61 62ND DR
,FOREST HILLS NY          11375                                   ,
                    ,11375,98158R104
000004260.00000,FOX LAKE ANIMAL HOSPITAL PSP        ,FBO DR BOHDAN RUDAWSKI
   ,DR BOHDAN RUDAWSKI TTEE      ,161 SOUTH U.S. 12                ,FOX
LAKE IL  60020-1796                   ,                         ,
                    ,60020,98158R104
000004200.00000,PAUL PASMANIK &                     ,JULIA A PASMANIK JT TEN
   ,7865 FRICK WAY            ,DUNN LORING  VA  22027-1175        ,
                    ,22027,98158R104
000004061.00000,FMT CO CUST IRA                     ,FBO MARY M TORAN
   ,124 MARKED TREE RD        ,NEEDHAM           MA 02492-1634    ,
                    Page 5
```

```
                                    NOBO LIST 5-13-13.txt
                          ,02492,98158R104
000004000.00000,FMTC CUSTODIAN - ROTH IRA           ,FBO JIE ZHANG
    ,25854 SE 42ND WAY                    ,ISSAQUAH          WA 98029-5740    ,
                          ,98029,98158R104
000004000.00000,SCOTTRADE INC CUST FBO              ,FRANK HUBBELL ROTH IRA
    ,5816 DAFFODIL CIR                    ,DAYTON                OH 45449     ,
                          ,45449,98158R104                                  ,
000004000.00000,DAVID E STERN                       ,310 MILES DRIVE
    ,BLUE BELL PA  19422-3100                    ,                           ,
                          ,19422,98158R104
000004000.00000,ANGELO FOCACCIA SEP IRA             ,TD AMERITRADE CLEARING INC
CUSTODIAN,294 E 25TH ST                  ,PATERSON  NJ  07514-2256
,UNITED STATES                                                               ,
                          ,00000,98158R104
000004000.00000,CAROLYN J ZIEGLER TTEE              ,CHARLES J SIEFERT FAMILY TRUST
    ,U/A DTD 12/12/2003              ,2470 CRAGMOOR ROAD
,BOULDER CO 80305-6810                                                        ,
                          ,80305,98158R104
000003930.00000,KIRK SHERRIS                       ,6740 NE MARSHALL RD
    ,BAINBRIDGE ISLAND    WA 98110           ,                               ,
                          ,98110,98158R104
000003800.00000,FMT CO CUST IRA SEPP                ,FBO JOHN R CROWLEY II
    ,1444 WAZEE ST                    ,SUITE 350
,DENVER          CO 80202-1386           ,                                   ,
                          ,80202,98158R104
000003700.00000,CHARLES WESTON ROTH IRA TD AMERITRAD,INC CUSTODIAN
    ,4430 TILLY MILL RD               ,UNIT 202
,ATLANTA  GA  30360-2131                 ,                                   ,
                          ,30360,98158R104
000003600.00000,SOPHIA BAKULENKO &                  ,ALEXANDER BAKULENKO JT TEN
    ,3830 9TH STREET NORTH                ,APT 406W
,ARLINGTON  VA   22203                                                        ,
                          ,22203,98158R104
000003434.00000,DAVID E COLE                       ,4535 SEMINOLE TRL
    ,WAUCHULA   FL  338735215                    ,                           ,
                          ,33873,98158R104
000003408.00000,RAYMOND G KINCH                    ,7762 WEST OTTAWA PLACE
    ,LITTLETON CO  80128-4463                    ,                           ,
                          ,80128,98158R104
000003400.00000,HAN N NGUYEN                       ,NOI THI NGUYEN
    ,1014 POPPY CIR                   ,COSTA MESA      CA 92626-1672    ,
                          ,92626,98158R104
000003200.00000,FMT CO CUST IRA ROLLOVER            ,FBO JOHN R CROWLEY II
    ,1444 WAZEE ST                    ,SUITE 350
,DENVER          CO 80202-1386           ,                                   ,
                          ,80202,98158R104
000003200.00000,PETER J MUDAR                       ,IRA VFTC AS CUSTODIAN
    ,ROLLOVER ACCOUNT                 ,923 ROYAL BONNET DR
,WILMINGTON NC  28405-8388                                                    ,
                          ,28405,98158R104
000003167.00000,TALIAFERRO HOLMES TAYLOR JR         ,163 S MADISON AVE
    ,LOUISVILLE          CO 80027           ,                                 ,
                          ,80027,98158R104
000003055.00000,NFS/FMTC ROLLOVER IRA              ,FBO SALVATORE BARTOLOMEO
    ,5620 CREEKFALL LN                ,FUQUAY VARINA       NC 27526     ,
                                    Page 6
```

NOBO LIST 5-13-13.txt

```
                              ,27526,98158R104                        ,
000003050.00000,JOHN D BALLARD                      ,6754 W HINSDALE PLACE
   ,LITTLETON CO  80128-4513              ,                        ,
                         ,80128,98158R104                  ,
000003010.00000,NO_WORTH_RETAIL -INVENTORY        ,ATTN RON SCHWARTZ
  ,.                              ,677 WASHINGTON BLVD
 ,STAMFORD CT  06901                                           ,
                              ,06901,98158R104
000003000.00000,DUAN LEON ANDERSON             ,LETA MAE ANDERSON JT TEN
   ,7220 E 171ST ST S              ,BIXBY            OK 74008
                      ,74008,98158R104                        ,
000003000.00000,CHANGXING CHEN               ,PANJING LI JT TEN
   ,1977 GARDEN DR APT 202         ,BURLINGAME       CA 94010     ,
                         ,94010,98158R104                  ,
000003000.00000,DAVID B. LATHAM AND          ,ANNE M. LATHAM TIC
   ,315 GOOSE HOLLOW RD           ,BERTHOUD CO 80513-9500        ,
                   ,80513,98158R104                        ,
000003000.00000,USAA FED SVGS BANK C/F SDIRA SEP   ,DONALD L BROWN
   ,1950 SW TRAILSIDE RUN         ,STUART          FL 34997     ,
                   ,34997,98158R104                        ,
000003000.00000,CAROL CAYAN TR FBO               ,CAROL J CAYAN TRUST CAROL J
CAYAN T ,UA JAN 06  1992            ,2534 N ORSHALL RD
,MUSKEGON MI  49445                                          ,
                           ,49445,98158R104
000003000.00000,GEORGE KIELKOPF             ,806 SW 3RD AVENUE
   ,GRAND RAPIDS      MN 55744-3527       ,                  ,
                   ,55744,98158R104                  ,
000003000.00000,JEFFREY C HUEY              ,KAREN L HUEY
   ,5626 E MERCER WAY             ,MERCER ISLAND    WA 98040-5123     ,
                   ,98040,98158R104                        ,
000002801.00000,LINQIN RUAN                 ,115 GLENGARRY WAY
   ,HILLSBOROUGH       CA 94010           ,                  ,
                   ,94010,98158R104                        ,
000002800.00000,FMT CO CUST IRA SEPP          ,FBO FRANK CLAYTON CHAMBERS
   ,6126 ELLA LEE LN              ,HOUSTON          TX 77057-4402     ,
                   ,77057,98158R104                        ,
000002777.00000,JOLEEN L DOKE ROLLOVER IRA        ,TD AMERITRADE CLEARING INC
CUSTODIAN,6720 SPEEDWAY CT              ,TYLER  TX  757030307            ,
                   ,75703,98158R104                        ,
000002736.00000,JONATHAN HARKER               ,HSBC BANK PLC IFS
   ,LEVEL 29                     ,8 CANADA SQUARE
,LONDON E14 5HQ UNITED KINGDOM                                 ,
                   ,00000,98158R104
000002650.00000,CAROLYN JEANNE ZIEGLER          ,CHARLES SCHWAB & CO INC CUST
   ,IRA CONTRIBUTORY             ,2470 CRAGMOOR RD
,BOULDER CO              80305 ,                             ,
                   ,80305,98158R104
000002600.00000,ALISON KARI YEE              ,CHARLES SCHWAB & CO INC CUST
   ,ROTH CONTRIBUTORY IRA         ,110-61 62ND DR
,FOREST HILLS NY          11375 ,                             ,
                   ,11375,98158R104
000002525.00000,PO NGAN ZEE                  ,R/O IRA E*TRADE CUSTODIAN
```

Page 7

NOBO LIST 5-13-13.txt
```
                ,1330 CAMBRIDGE DRIVE              ,GLENDALE CA  91205-3502                    ,
                     ,91205,98158R104                                          ,
000002500.00000,CARL DRUCKER & DEBRA DRUCKER          ,TEN ENT
         ,4821 N 31ST CT                  ,HOLLYWOOD  FL  33021-2304                 ,
                     ,33021,98158R104
000002500.00000,JAMES S PAINTER JR IRA TD AMERITRADE,CLEARING  CUSTODIAN
         ,6198 BUFORD ST                  ,ORLANDO   FL  328352942                   ,
                     ,32835,98158R104
000002500.00000,FMT CO CUST IRA ROLLOVER            ,FBO CARMEN CAROLINE DEERING
         ,27107 ROCKWALL PKWY             ,NEW BRAUNFELS     TX 78132-2656     ,
                     ,78132,98158R104                                       ,
000002480.00000,MARK DAVID NIELSEN                  ,12014 PORTOBELLA DR
         ,AUSTIN TX  78732-2032               ,                              ,
                     ,78732,98158R104                                       ,
000002455.00000,CAPITAL ONE SHAREBUILDER INC       ,--OMNIBUS ACCOUNT--
         ,83 SOUTH KING STREET STE 700    ,SEATTLE WA 98104-2851                 ,
                     ,98104,98158R104                                       ,
000002400.00000,EQUITY INVENTORY                    ,USAA BROKERAGE SERVICES
         ,9800 FREDERICKSBURG ROAD        ,SAN ANTONIO  TX  78288               ,ATTN:
MICHELLE GRAHAM                                                ,
                     ,00000,98158R104
000002250.00000,CARY D KIRBY & THERESA M KIRBY     ,JTWROS
         ,840 TALLGRASS DRIVE             ,BARTLETT  IL 60103
                     ,60103,98158R104                                       ,
000002100.00000,DAVID K HARMON                      ,CHARLES SCHWAB & CO INC CUST
         ,IRA CONTRIBUTORY                ,P O BOX 147                         ,WAYNE
IL           60184                                              ,
                     ,60184,98158R104
000002000.00000,DEXTER K COOLIDGE TTEE #2          ,U/A DTD 12/09/2002
         ,68 CAMINO MONTUOSO             ,SANTA FE NM               87506  ,
                     ,87506,98158R104                                       ,
000002000.00000,MARK A BEADLING                    ,DESIGNATED BENE PLAN/TOD
         ,6634 DUPPER DR                  ,DALLAS TX               75252  ,
                     ,75252,98158R104                                       ,
000002000.00000,MARIA T OHM                         ,P O BOX 33410
         ,SEATTLE WA 98133-0410               ,                              ,
                     ,00000,98158R104
000002000.00000,CHARLENE D AXTELL                   ,IRA VFTC AS CUSTODIAN
         ,ROLLOVER ACCOUNT                ,8 CREEKSIDE WAY
,GREENVILLE SC  29609-6962                                         ,
                     ,29609,98158R104
000002000.00000,RICHARD M AXTELL                    ,IRA VFTC AS CUSTODIAN
         ,ROLLOVER ACCOUNT                ,8 CREEKSIDE WAY
,GREENVILLE SC  29609-6962                                         ,
                     ,29609,98158R104
000002000.00000,DEXTER K COOLIDGE                   ,CHARLES SCHWAB & CO INC CUST
         ,IRA CONTRIBUTORY #2             ,68 CAMINO MONTUOSO                  ,SANTA
FE NM           87506                                           ,
                     ,87506,98158R104
000002000.00000,DANIEL N FORD                       ,& STEPHANIE A FORD JT WROS
         ,13108 SE LAURIE AVE             ,MILWAUKIE    OR 97222-8087      ,
                     ,97222,98158R104
                              Page 8
```

```
                              NOBO LIST 5-13-13.txt
000002000.00000,ROBERT D BRILES (IRA)              ,FCC AS CUSTODIAN
   ,5149 WINDRIDGE DRIVE              ,INDIANAPOLIS IN  46226-1445            ,
                  ,46226,98158R104
000002000.00000,KIRK R BRINKS TTEE KIRK R          ,BRINKS REV TR DTD 9/3/03 &
   ,CINDY BRINKS TTEE CINDY BRINKS    ,TRUST DTD 9/3/03 TEN IN COMM       ,2885
SANFORD AVE SW # 18979          ,GRANDVILLE MI  49418                    ,
         ,49418,98158R104
000002000.00000,FMT CO CUST IRA                    ,FBO SUSAN J LONG
   ,33201 SE PEORIA RD               ,CORVALLIS        OR 97333-2525      ,
                  ,97333,98158R104
000002000.00000,FMT CO CUST IRA ROLLOVER           ,FBO TODD J LOWEN
   ,149 MERCER ST APT 3              ,NEW YORK         NY 10012-3240      ,
                  ,10012,98158R104
000002000.00000,FMT CO CUST IRA                    ,FBO SEAN M RYNNE
   ,7 PIERREPONT RD                  ,WINCHESTER       MA 01890-3132      ,
                  ,01890,98158R104
000002000.00000,FMTC TTEE                          ,PEMCO FINANCIAL SVC 401K PLAN
   ,FBO BRADLEY D BOYDSTON           ,6653 SE COUGAR MTN WAY
,BELLEVUE          WA 98006-5608                                         ,
                      ,98006,98158R104
000002000.00000,FMTC TTEE                          ,K&L GATES LLP PL A
   ,FBO CHRISTOPHER A BLOOM          ,5490 S SOUTH SHORE DR
,CHICAGO           IL 60615-5984                                         ,
                      ,60615,98158R104
000002000.00000,JONATHAN J BROWN                   ,CONSTANCE S BROWN
   ,7068 S MADISON WAY               ,CENTENNIAL       CO 80122-1856      ,
                  ,80122,98158R104
000002000.00000,GLENN ALAN IRWIN                   ,MICHELLE L IRWIN
   ,4396 KINGSBURY DR                ,LOVES PARK       IL 61111-6975      ,
              ,61111,98158R104
000002000.00000,JIE WANG                           ,907 HOWARD AVE APT 2
   ,BURLINGAME        CA 94010            ,                              ,
              ,94010,98158R104
000002000.00000,QING YANG                          ,RM 525 NO 400 BEISUZHOU RD
   ,HONGKOUG DIST                    ,SHANGHAI CHINA 200085              ,
              ,00000,98158R104
000002000.00000,RUHUA WANG                         ,12486 SUMNER DR
   ,SARATOGA          CA 95070            ,                              ,
              ,95070,98158R104
000002000.00000,SONGXIAN S WANG                    ,8308 SHELTER CREEK LN
   ,SAN BRUNO         CA 94066            ,                              ,
              ,94066,98158R104
000002000.00000,BARBARA R WAGNER                   ,310 MILES DR
   ,BLUE BELL PA  19422-3100              ,                              ,
              ,19422,98158R104
000002000.00000,DAVID H JEN                        ,1796 BRADFORD WAY
   ,APT 1                            ,SAN JOSE  CA 95124-3007            ,
              ,95124,98158R104
000002000.00000,RICHARD A FARANCE                  ,12534 SW 56TH CT
   ,PORTLAND OR  97219-7156               ,                              ,
                        Page 9
```

```
                                NOBO LIST 5-13-13.txt
                        ,97219,98158R104
000002000.00000,JACKIE KUEHNLE                          ,IRA ETRADE CUSTODIAN
   ,14851 SE 66TH PL                   ,MORRISTON FL  32668-4487              ,
                        ,32668,98158R104
000002000.00000,EDWARD L CHUMNEY                         ,IRA
   ,TD AMERITRADE CLEARING CUSTODIAN    ,308 SOUTH BODMER AVE
,STRASBURG  OH  44680-1150                                                    ,
                        ,44680,98158R104
000002000.00000,MIN WANG                               ,907 HOWARD AVE APT#2
   ,BURLINGAME          CA 94010          ,                                   ,
                        ,94010,98158R104
000002000.00000,YI WANG                                ,907 HOWARD AVE APT #2
   ,BURLINGAME          CA 94010          ,                                   ,
                        ,94010,98158R104
000002000.00000,YAXIN ZHANG                            ,RM 104 NO 3 ZHENRUXICUN
   ,PUTUOQU SHANGHAI 200333 CHINA         ,                                   ,
                        ,00000,98158R104
000001920.00000,RAYMOND G KINCH                        ,ROTH IRA E*TRADE CUSTODIAN
   ,7762 WEST OTTAWA PLACE              ,LITTLETON CO  80128-4463              ,
                        ,80128,98158R104
000001800.00000,PAUL PASMANIK                          ,IRA SEP
   ,TD AMERITRADE CLEARING CUSTODIAN    ,7865 FRICK WAY                    ,DUNN
LORING  VA  22027-1175                                                        ,
                        ,22027,98158R104
000001800.00000,FMTC CUSTODIAN - ROTH IRA              ,FBO JUDITH C JOHNSTON PENNEY
   ,49 DOWNING PL                      ,HARRINGTON PK    NJ 07640-1406        ,
                        ,07640,98158R104
000001800.00000,GEORGE WIGHT SR                        ,RETIREMENT ACCOUNT
   ,TOD: WIGHT TRUST                   ,31 SOUTH ORIOLE TRAIL
,CRYSTAL LAKE IL  60014                                                       ,
                        ,60014,98158R104
000001700.00000,BENTON ART FONG                        ,1330 CABRILLO AVE
   ,SAN JOSE CA              95132      ,                                     ,
                        ,95132,98158R104
000001680.00000,SCOTTRADE INC CUST FBO                 ,BRUCE ELLIS RAYMOND ROTH IRA
   ,PO BOX 129                         ,OAK VIEW          CA 93022            ,
                        ,93022,98158R104
000001600.00000,LETTY ANN C MUDAR                      ,923 ROYAL BONNET DR
   ,WILMINGTON NC  28405-8388            ,                                    ,
                        ,28405,98158R104
000001510.00000,SCOTTRADE INC CUST FBO                 ,CRAIG E CHAPIN SEP IRA
   ,1546 OLD FARM CT                   ,YARDLEY           PA 19067            ,
                        ,19067,98158R104
000001500.00000,GERARD HOGAN                           ,W10177 TESSER TRAIL
   ,PORTAGE WI  53901-8964               ,                                    ,
                        ,53901,98158R104
000001500.00000,CUST FPO                               ,YAO LI RRA
   ,FBO YAO LI                         ,35669 SCARBOROUGH DR
,NEWARK CA 94560-2048                                                         ,
                        ,94560,98158R104
000001500.00000,DANIEL C O'HARROW REV TRUST            ,UAD 10/18/2012
   ,DANIEL C O'HARROW &                 ,MEGAN S O'HARROW TTEES           ,7350
                                Page 10
```

```
                         NOBO LIST 5-13-13.txt
SW RIDGEMONT ST.               ,PORTLAND OR  97225-1563            ,
                      ,97225,98158R104
000001500.00000,JOE SHANER                    ,600 GREENHOUSE ROAD
  ,LEXINGTON VA  24450-3708            ,                       ,
                      ,24450,98158R104
000001500.00000,CLARK R EGBERT TRS FBO          ,CLARK R EGBERT REVOCABLE TRUST
JUNE ,2668 GRANT AVE              ,APT 10
,OGDEN  UT  84401-3634                                      ,
                      ,84401,98158R104
000001500.00000,DONALD R NIELSEN &             ,MILDRED D NIELSEN TR
  ,UA 05-20-1994              ,MILDRED D NIELSEN FAMILY TRUST    ,10125
KALINDA DR            ,SANDY UT  84092-4071
                      ,84092,98158R104
000001500.00000,JAMES WILLIAM FROST &          ,SARAH E FROST JT TEN
  ,12841 N MYSTIC VIEW PL           ,TUCSON AZ                 85755  ,
                      ,85755,98158R104
000001500.00000,ZHENDE QU               40**    ,88 ALTON TOWER CIRCLE APT 1411
  ,SCARBOROUGH ON  M1V 5C5            ,                       ,
                      ,00000,98158R104
000001500.00000,>BOB HARVEY                    ,75 WEAVER BAY
  ,WINNIPEG MB  R2G 2M9             ,                       ,
                      ,00000,98158R104
000001500.00000,FMTC CUSTODIAN - ROTH IRA       ,FBO MARY M TORAN
  ,124 MARKED TREE RD           ,NEEDHAM       MA 02492-1634   ,
                      ,02492,98158R104
000001500.00000,PENNALUNA & COMPANY            ,TRADING ACCT-ATTN MARK DILLON
  ,PO BOX 1889              ,COEUR D ALENE        ID 83816       ,
                      ,83816,98158R104
000001500.00000,FMT CO CUST SEPP IRA           ,FBO MICHAEL R POLIN
  ,325 MONTECITO GLN           ,ESCONDIDO      CA 92025-7349    ,
                      ,92025,98158R104
000001480.00000,L PAI & K CHEUNG TTEE          ,PAI AND CHEUNG FAMILY TRUST
  ,U/A DTD 06/03/2006           ,1462 FERGUSON WAY                ,SAN
JOSE CA          95129                                      ,
                      ,95129,98158R104
000001450.00000,JOHN WILLIAM WHITTON           ,9 SWEET WATER COURT
  ,LAKE IN THE HILLS           ,IL  60156-4854
                      ,60156,98158R104
000001430.00000,DAYONG LIU &                   ,TAO WANG COMM PROP
  ,57 LEXINGTON CT           ,HOLMDEL NJ  07733-2761            ,
                      ,07733,98158R104
000001400.00000,SYLVIA MENDELSOHN POMERANTZ    ,1406 BEECHWOOD BLVD
  ,PITTSBURGH  PA  15217-1327          ,                       ,
                      ,15217,98158R104
000001300.00000,MOHAMMAD A HASEEN              ,12 MICIELI PLACE
  ,BROOKLYN           NY 11218          ,                       ,
                      ,11218,98158R104
000001300.00000,WILLARD C FARWELL              ,SOUTHWEST SECURITIES  INC.
  ,AS IRA CUSTODIAN           ,7385 HILLTOP LN             ,LAKE
GENEVA WI 53147                                      ,
                      ,53147,98158R104
000001290.00000,LI-PIN PHILLIP PAI &           ,LI-FAN PAI JT TEN
                         Page 11
```

```
                             NOBO LIST 5-13-13.txt
        ,1462 FERGUSON WAY                      ,SAN JOSE CA            95129  ,
                                                                   ,
                 ,95129,98158R104
000001253.00000,YING S WANG                          ,6235 N 19TH ST
      ,PHOENIX AZ  85016-1605                  ,                              ,
                 ,85016,98158R104
000001250.00000,FMT CO CUST IRA                      ,FBO GLENN ALAN IRWIN
      ,4396 KINGSBURY DR                ,LOVES PARK       IL 61111-6975   ,
                                                                   ,
                 ,61111,98158R104
000001234.00000,LEI YANG                             ,8341 SHELTER CREEK LN
      ,SAN BRUNO CA  94066-6060                 ,                           ,
                 ,94066,98158R104
000001210.00000,LI-PIN PAI                           ,& KA CHEUNG JT WROS
      ,1462 FERGUSON WAY                ,SAN JOSE CA  95129-4919           ,
                 ,95129,98158R104
000001200.00000,STEPHEN R MATYI &                    ,ANN P MATYI JT/WROS
      ,42 STRATTON CRES                 ,WHITBY ON  L1R 1V4                ,
                 ,00000,98158R104
000001200.00000,FMTC CUSTODIAN - ROTH IRA            ,FBO ERIK PETER FIEDOROWICZ
      ,2891 FULTON ST                   ,DENVER        CO 80238-2987   ,
                 ,80238,98158R104
000001200.00000,MARTIN E REASONER &                  ,KATHERINE A GLADCHUK JTWROS
      ,108 LEE RD                       ,GARDEN CITY NY  11530-2520        ,
                 ,11530,98158R104
000001200.00000,CLAUDE E SMITHEY ROLLOVER IRA        ,TD AMERITRADE CLEARING INC
CUSTODIAN,17238 COUNTY ROAD 15          ,WAYNESFIELD OH  45896-9703              ,
                 ,45896,98158R104
000001180.00000,INVESTWIDE LLC                       ,YONG LI MEMBER
      ,620 VALE DR                      ,MORGANVILLE       NJ 07751       ,
                 ,07751,98158R104
000001178.00000,NANCY RICHARDSON                     ,10538 CHRISTOPHER DR
      ,CONIFER         CO 80433                 ,                          ,
                 ,80433,98158R104
000001160.00000,GREGORY JOHN BERNARD ROLLOVER IRA    ,TD AMERITRADE CLEARING
CUSTODIAN  ,52 SIGNATURE DR             ,BRUNSWICK  ME  040111754
   ,                                                                   ,
                 ,04011,98158R104
000001140.00000,BERNADETTE HAAG                      ,570 HAMPTON RD APT 31
      ,SOUTHAMPTON  NY  11968-3019             ,                          ,
                 ,11968,98158R104
000001111.00000,LINDA F SMITH                        ,3968 SAGE LN
      ,DEWITT         MI 48820                  ,                          ,
                 ,48820,98158R104
000001100.00000,SUE B PECK                           ,45 QUEENS FOLLY RD APT 659
      ,HILTON HEAD ISLAND SC       29928 ,                            ,
                 ,29928,98158R104
000001050.00000,BRIAN M MIZOKAMI                     ,CHARLES SCHWAB & CO INC CUST
      ,SEP-IRA                  ,8711 E. Pinnacle Peak Rd. #142
,Scottsdale AZ           85255                                        ,
                 ,85255,98158R104
                             Page 12
```

```
                              NOBO LIST 5-13-13.txt
000001000.00000,CYNTHIA S SAUER                    ,CHARLES SCHWAB & CO INC CUST
        ,IRA CONTRIBUTORY              ,10550 N 56TH DR
,GLENDALE AZ          85302 ,                                          ,
                        ,85302,98158R104
000001000.00000,RICHARD P CHMIEL                   ,CHARLES SCHWAB & CO INC CUST
        ,IRA CONTRIB DTD 03/25/1984    ,12607 ASHCLIFT
,HOUSTON TX          77082 ,                                          ,
                        ,77082,98158R104
000001000.00000,US TRUST CO OF NY TTEE             ,ALM MEDIA 401K
        ,FBO ROBERT STEINBAUM          ,135 NORWOOD AVE                ,UPPER
MONTCLAIR NJ        07043 ,                                    ,
                 ,07043,98158R104
000001000.00000,JPMORGAN CHASE BANK CUST           ,DAVID NEMATZADEH TRAD IRA
        ,6 CHERRY LN                   ,KINGS POINT NY  11024-1122            ,
                 ,11024,98158R104
000001000.00000,JAMES CUCCIO TOD NAMED             ,BENE SUBJ TO STA TOD RULES
        ,102 CHARLTON AVENUE           ,LODI NJ 07644                        ,
                 ,00000,98158R104
000001000.00000,RICHARD M AXTELL &                 ,CHARLENE D AXTELL JT TEN WROS
        ,8 CREEKSIDE WAY               ,GREENVILLE SC  29609-6962            ,
                 ,29609,98158R104
000001000.00000,PTC CUST IRA FBO                   ,JULIA V HOLLADAY
        ,2215 REBEL RD                 ,AUSTIN TX  78704                     ,
                 ,78704,98158R104
000001000.00000,RUSSELL G ASAFF                    ,4285 U S HWY 80 WEST
        ,MARSHALL TX 75670                                              ,
                 ,75670,98158R104
000001000.00000,BINCKBANK N.V. (BEWAARBEDRIJF/     ,CUSTODY)
        ,BARBARA STROZZILAAN 310       ,1083 HN AMSTERDAM              ,THE
NETHERLANDS                                              ,
                 ,00000,98158R104
000001000.00000,IRA FBO   ALLAN IRA ABRAMS         ,PERSHING LLC AS CUSTODIAN
        ,1173 MINITZ LANE              ,FOSTER CITY CA 94404                 ,
                 ,94404,98158R104
000001000.00000,TIMOTHY H SKAHILL IRA              ,FCC AS CUSTODIAN
        ,105 BELLAIRE                  ,WATERLOO IA  50701                   ,
                 ,50701,98158R104
000001000.00000,STEPHEN P DEVRIES R/O IRA          ,FCC AS CUSTODIAN
        ,246 17 MILE RD                ,KENT CITY MI  49330-9426             ,
                 ,49330,98158R104
000001000.00000,MARCIA H. KOZUB ART. XIV           ,REV. TR
        ,MARCIA H. KOZUB TTEE          ,U/A DTD 01/08/2009            ,6401
KENHOWE DRIVE          ,BETHESDA MD  20817-5445               ,
                 ,20817,98158R104
000001000.00000,ATC AS CUST FOR IRA R/O            ,BERNARD J MEYERRING
        ,1968 127TH LN NW              ,COON RAPIDS MN  55448-7055           ,
                 ,55448,98158R104
000001000.00000,DELAWARE CHARTER GUARANTEE &       ,TRUST CO FBO
        ,HENRY FLYNN JR IRA            ,C/O BARD ASSOCIATES            ,135 S
LA SALLE ST STE 3700       ,CHICAGO IL  60603-4202                ,
                 ,60603,98158R104
000001000.00000,NICHOLAS STAMPS                    ,121 HEATHERLYNN CIR
        ,CLINTON          MS 39056 ,                                    ,
                              ,                              ,
                              Page 13
```

```
                            NOBO LIST 5-13-13.txt
                    ,39056,98158R104
000001000.00000,JEFFREY FORBES WATSON TTEE          ,CYNTHIA MARIE WATSON TTEE
    ,JEFFREY & CYNTHIA WATSON REV T    ,U/A DTD 12/27/05               ,1590
SHILOH PL                   ,TEMPLETON        CA 93465        ,
            ,93465,98158R104
000001000.00000,NFS/FMTC IRA                    ,FBO PATTI L HUTTON
    ,120 BEAR DR                  ,MCVEYTOWN         PA 17051        ,
            ,17051,98158R104
000001000.00000,NFS/FMTC IRA                    ,FBO PATRICIA A SINGER
    ,4701 HARRISON RD             ,KENOSHA           WI 53142        ,
                                                        ,
            ,53142,98158R104
000001000.00000,NFS/FMTC ROTH IRA               ,FBO DAVID C SINGER
    ,4701 HARRISON RD             ,KENOSHA           WI 53142        ,
                                                        ,
            ,53142,98158R104
000001000.00000,OPPENHEIMER & CO INC CUSTODIAN    ,VIOLA CIANCI (DEC'D) ROTH IRA
    ,FBO JOHN M CIANCI (BENE)        ,471 JIM LANE ROAD
,BOVINA NY 13740-6570                                        ,
            ,13740,98158R104
000001000.00000,FMTC CUSTODIAN - ROTH IRA       ,FBO RALPH A TORAN
    ,124 MARKED TREE RD           ,NEEDHAM           MA 02492-1634    ,
            ,02492,98158R104
000001000.00000,TODD J LOWEN                    ,149 MERCER ST APT 3
    ,NEW YORK        NY 10012-3240    ,                        ,
            ,10012,98158R104
000001000.00000,NFS/FMTC IRA                    ,FBO ALBERT LIAN
    ,85 CAMP AVE APT 14E          ,STAMFORD          CT 06907        ,
                                                        ,
            ,06907,98158R104
000001000.00000,GENE C ZHENG                    ,FAN CHEN
    ,8200 BENT TREE               ,PLANO             TX 75025        ,
                                                        ,
            ,75025,98158R104
000001000.00000,DAVID SCOTT HOREIS              ,5836 N HOWARD ST
    ,PHILADELPHIA     PA 19120-2416    ,                        ,
            ,19120,98158R104
000001000.00000,GENE C ZHENG                    ,FAN CHEN
    ,8200 BENT TREE               ,PLANO             TX 75025        ,
                                                        ,
            ,75025,98158R104
000001000.00000,AMIRALI HIRANI                  ,REEMA HIRANI
    ,2503 DEERFIELD DR            ,EDISON            NJ 08820-4415    ,
                                                        ,
            ,08820,98158R104
000001000.00000,FMT CO CUST SEPP IRA            ,FBO DAVID HARDACKER
    ,4204 PLANTAIN CV             ,AUSTIN            TX 78730-3350    ,
            ,78730,98158R104
000001000.00000,FMT CO CUST IRA ROLLOVER        ,FBO JOHN W WHITTON
    ,9 SWEETWATER COURT           ,LAKE IN THE HILLS  IL 60156-4854    ,
            ,60156,98158R104
000001000.00000,FMT CO CUST IRA ROLLOVER        ,FBO GERALD L MITCHELL
    ,76-4391 LEILANI ST           ,KAILUA KONA       HI 96740-7925    ,
            ,96740,98158R104
000001000.00000,DAVID WILLIAM SAGE              ,11341 W TANFORAN CIR
    ,LITTLETON CO             80127   ,                        ,
                            Page 14
```

```
                          NOBO LIST 5-13-13.txt
                    ,80127,98158R104                              ,
000001000.00000,JAMES B HOYNE                         ,CHARLES SCHWAB & CO INC CUST
  ,IRA ROLLOVER              ,17001 S 32ND WAY
,PHOENIX AZ          85048  ,                                    ,
                    ,85048,98158R104
000001000.00000,STACEY WENCHI HO TTEE                 ,STACEY HO TRUST
  ,U/A DTD 01/10/2002        ,319 CASTENADA DR
,MILLBRAE CA          94030 ,                                    ,
                    ,94030,98158R104
000001000.00000,ARLINDO G FREITAS &                   ,CARLOS M FREITAS JT TEN
  ,70 GOTTHARDT ST           ,NEWARK NJ                07105  ,
                    ,07105,98158R104                         ,
000001000.00000,GARY A JOHNSON IRA               ,TD AMERITRADE CLEARING
CUSTODIAN   ,55360 OAK RD              ,SOUTH BEND  IN 46628
 ,                  ,46628,98158R104                        ,
000001000.00000,EVAN TOKITA ROTH IRA TD AMERITRADE I,CUSTODIAN
  ,1820 HOOLEHUA ST          ,PEARL CITY  HI 96782-1736            ,
                    ,96782,98158R104                       ,
000001000.00000,GLORIA JOAN LORENZO            ,585-36TH AVE.
  ,SANTA CRUZ CA 95062-5116        ,                       ,
                    ,95062,98158R104                       ,
000001000.00000,ROBIN BLEIER                  ,PO BOX 503
  ,WAITSFIELD  VT 05673-0503       ,                       ,
                    ,05673,98158R104                       ,
000001000.00000,DONALD W LAU &                ,LINDA K H LAU JT TEN
  ,98-1942 HAPAKI ST         ,AIEA  HI 96701-1639              ,
                    ,96701,98158R104                       ,
000001000.00000,BOHDAN RUDAWSKI               ,161 SOUTH US 12
  ,FOX LAKE IL 60020-1796          ,                       ,
                    ,60020,98158R104                       ,
000001000.00000,DALE JACOB LUKANOVICH         ,4380 HAMPTON AVE
  ,WESTERN SPRINGS     IL 60558      ,                     ,
                    ,60558,98158R104                       ,
000001000.00000,KENNETH R MCKENNA             ,ACCOUNT 2
  ,1219 S TRACY AVE          ,BOZEMAN               MT 59715    ,
                    ,59715,98158R104                       ,
000001000.00000,MICHAEL ANTHONY MOLINI        ,752 EASTON AVE
  ,SAN BRUNO         CA 94066        ,                     ,
                    ,94066,98158R104                       ,
000001000.00000,BOB ZUSSMAN &                 ,BECKY ROELL  JT TEN
  ,5416 E TIERRA BUENA LN    ,SCOTTSDALE AZ 85254-1733            ,
                    ,85254,98158R104
000001000.00000,ROBERT V MARTENS JR &         ,LINDA A MARTENS JT TEN
  ,7358 FRANKFORT STREET     ,NAVARRE FL 32566                 ,
                    ,32566,98158R104                       ,
000001000.00000,ROBERT H SCRUGGS              ,1123 W GEORGIA AVE
  ,PHOENIX         AZ 85013        ,                       ,
                    ,85013,98158R104                       ,
000001000.00000,LIEN NGHE &                   ,HIEO NGUYEN JT TEN
                          Page 15
```

```
                                NOBO LIST 5-13-13.txt
       ,13739 HARTFORD CT                    ,SUGAR LAND  TX  77478-6316              ,
                    ,77478,98158R104                                        ,
000001000.00000,MICHAEL ARTHUR MCCLARAN ROLLOVER      ,IRA TD AMERITRADE CLEARING
   ,CUSTODIAN                             ,12452 E LASALLE PL
,AURORA  CO  800141926                                                    ,
                   ,80014,98158R104          ,
000001000.00000,FREDERICO C BARKER AND               ,AGNES BARKER JTWROS
    ,1990 NE 32ND ST                     ,LIGHTHOUSE PT FL 33064-7656           ,
                   ,33064,98158R104
000001000.00000,ANTHONY CHIULLI &                    ,TERESA CHIULLI JTWROS
    ,30 BRONXVILLE LN                    ,BRONXVILLE NY  10708-5600           ,
                   ,10708,98158R104
000001000.00000,BARBARA NICHOLS ZACCHEO &            ,MARK ANDREW ZACCHEO JTWROS
    ,89 CRESCENT STREET                  ,GREENFIELD MA  01301-3007          ,
                   ,01301,98158R104                                      ,
000001000.00000,D CRAIG JOSEPHSON                    ,IRA ETRADE CUSTODIAN
    ,234 ANN CIR                         ,INDIANA PA  15701-6007           ,
                   ,15701,98158R104                                    ,
000001000.00000,DAVID E STERN                        ,IRA E*TRADE CUSTODIAN
    ,310 MILES DRIVE                     ,BLUE BELL PA  19422-3100          ,
                   ,19422,98158R104                                     ,
000000950.00000,MARGIE ANN SKAHILL SEP IRA           ,FCC AS CUSTODIAN
    ,105 BELLAIRE                        ,WATERLOO IA  50701                 ,
                   ,50701,98158R104                                     ,
000000925.00000,FMTC TTEE                            ,TRANSMISSION TECH
    ,FBO TERRY L KIRKSEY                 ,4504 IVY ROSE DR
,KNOXVILLE        TN 37918-9343                                         ,
                   ,37918,98158R104          ,
000000900.00000,FMT CO CUST IRA ROLLOVER             ,FBO SHIRLEY ANN SCHUMACHER
    ,12028 REDBANK ST                    ,SUN VALLEY        CA 91352-3033     ,
                   ,91352,98158R104                                     ,
000000900.00000,CHIN CHEN TTEE                       ,REAL COMMUNICATIONS INC
    ,401K PLAN U/A 7/1/02                ,FBO KA YAN CHEUNG                 ,2870
ZANKER RD STE 110                   ,SAN JOSE        CA 95134-2133   ,
                   ,95134,98158R104
000000900.00000,DENNIS A KOVAL &                     ,SHIRLEY LANGEN COMM PROP
    ,29610 232ND AVE S.E.                ,BLACK DIAMOND WA  98010-1232       ,
                   ,98010,98158R104
000000900.00000,GEORGE WIGHT SR                      ,APEX C/F IRA ACCOUNT
    ,31 SOUTH ORIOLE TRAIL               ,CRYSTAL LAKE IL  60014-5820        ,
                   ,60014,98158R104
000000896.00000,SYLVIA MENDELSOHN POMERANTZ          ,IRA TD AMERITRADE CLEARING INC
CUSTO,1406 BEECHWOOD BLVD                ,PITTSBURGH  PA  15217-1327         ,
                   ,15217,98158R104
000000880.00000,ESMAEIL FARAROOEI                    ,1000 BRISTOL ST N STE 15
    ,NEWPORT BEACH        CA 92660              ,                       ,
                   ,92660,98158R104                                    ,
000000800.00000,ROBIN BLEIER                         ,ROTH IRA CONVERSION
    ,TD AMERITRADE CLEARING CUSTODIAN    ,PO BOX 503
,WAITSFIELD  VT  05673                                                ,
                    ,05673,98158R104
                              Page 16
```

```
                           NOBO LIST 5-13-13.txt
000000800.00000,GILBERT BRYANT CHAPMAN III SEP IRA  ,TD AMERITRADE CLEARING INC
CUSTODIAN,7187 PEBBLECREEK RD              ,WEST BLOOMFIELD  MI  48322-4171     ,
                    ,48322,98158R104
000000800.00000,CUST FPO                     ,JAMES G GEORGE IRRA
  ,FBO JAMES G GEORGE               ,408 J ST
,HOQUIAM WA 98550-2410                                                         ,
                    ,98550,98158R104
000000800.00000,E ILENE DAVIS                     ,P.O. BOX 237208
  ,COCOA FL 32923-7208                ,                                        ,
                    ,32923,98158R104
000000800.00000,THOMAS K POULAKIDAS               ,ELISE A POULAKIDAS
  ,1630 ALEXIS CT            ,LAKE FOREST     IL 60045-3700      ,
                    ,60045,98158R104
000000800.00000,LAI PENG TAM                     ,CHARLES SCHWAB & CO INC CUST
  ,IRA CONTRIBUTORY          ,15218 UNION TPKE APT 4E
,FLUSHING NY           11367  ,                                               ,
                    ,11367,98158R104
000000800.00000,MR. GREGORY RESCHKE               ,2-499 VALLEY RD N
  ,KELOWNA BC  V1V 2G1               ,                                        ,
                    ,00000,98158R104
000000775.00000,IRA FBO SHELLY WOOD               ,PERSHING LLC AS CUSTODIAN
  ,12507 SCISSORTAIL DR          ,MANCHACA TX 78652-3723                       ,
                    ,78652,98158R104
000000750.00000,PENELOPE BINGHAM                 ,CHARLES SCHWAB & CO INC CUST
  ,ROTH CONVERSION IRA          ,850 N DEWITT PL # 3A
,CHICAGO IL           60611  ,                                                ,
                    ,60611,98158R104
000000750.00000,VICTORIA NEWMAN HALSBAND          ,CHARLES SCHWAB & CO INC CUST
  ,IRA CONTRIBUTORY          ,725 River Road              ,Suite
32-308                    ,Edgewater NJ           07020  ,
                    ,07020,98158R104
000000700.00000,DANIEL M FIELD                   ,4 MERITAGE
  ,COTO DE CAZA CA       92679  ,                                             ,
                    ,92679,98158R104
000000700.00000,MILTON M ITELL                   ,2 KATHLEEN DRIVE APT 300
  ,JACKSON NJ  08527-2269            ,                                        ,
                    ,08527,98158R104
000000700.00000,FMTC CUSTODIAN - SIMPLE          ,ASIAN SERVICES IN ACTION INC
  ,FBO HO YONG BYUN          ,37 N HIGHLAND AVE                ,AKRON
       OH 44303-1107                  ,
              ,44303,98158R104
000000700.00000,NANCY KIRTON                     ,216 WEST 104TH STREET
  ,1D                        ,NEW YORK NY  10025-4241                         ,
                    ,10025,98158R104
000000666.00000,DIANE M SMITH                    ,P O BOX 1554
  ,IDAHO SPRINGS CO  80452-1554      ,                                        ,
                    ,80452,98158R104
000000600.00000,HO YONG BYUN                     ,MICHAEL DAVID JOHNSON
  ,37 N HIGHLAND AVE         ,AKRON          OH 44303-1107      ,
                    ,44303,98158R104
000000600.00000,LASITH PERERA                    ,19010 BRYANT RD
  ,LAKE OSWEGO OR  97034-7224        ,                          ,             ,
                              Page 17
```

```
                              NOBO LIST 5-13-13.txt
                    ,97034,98158R104
000000600.00000,KRISTJAN B HELGOE                    ,TOD JEREMY HELGOE
    ,3651 POLK ST S                    ,FARGO         ND  58104-7593          ,
                    ,58104,98158R104
000000600.00000,ROBERT J BARKER                    ,CHARLES SCHWAB & CO INC CUST
    ,IRA CONTRIBUTORY              ,PO BOX 354                         ,EAST
ORLEANS MA          02643 ,                                  ,
                    ,02643,98158R104
000000590.00000,GALEN FEIGHT                    ,3104 SE 20TH AVE
    ,PORTLAND  OR  97202-2314            ,                          ,
                    ,97202,98158R104
000000550.00000,SCOTTRADE INC CUST FBO              ,GARY A HENSON IRA
    ,4406 GROVE AVE              ,CINCINNATI        OH 45211          ,
                    ,45211,98158R104
000000550.00000,JOHN SKJERPING                    ,8351 W 109TH ST
    ,MINNEAPOLIS          MN 55438            ,                          ,
                    ,55438,98158R104
000000540.00000,CARY D KIRBY & THERESA M KIRBY TRS   ,FBO KIRBY LIVING TRUST
    ,UA AUG 27  2004              ,840 TALLGRASS DR
,BARTLETT  IL  60103                                          ,
                    ,60103,98158R104
000000520.00000,BOHDAN RUDAWSKI              ,161 SOUTH US 12
    ,FOX LAKE IL  60020-1796            ,                          ,
                    ,60020,98158R104
000000500.00000,DANIEL TRUE                    ,2042 OXFORD AVE
    ,CARDIFF BY THE SEA  CA  92007-1720  ,                          ,
                    ,92007,98158R104
000000500.00000,EVAN TOKITA & HEATHER E HONDA TRS FB,EVAN K TOKI REVOCABLE TRUST
    ,11/29/2010                    ,1820 HOOLEHUA ST                    ,PEARL
CITY  HI  96782-1736                              ,
                    ,96782,98158R104
000000500.00000,CLETIS E ROOT                    ,907 TROUT ST
    ,JOHNSTON CITY  IL  62951            ,                          ,
                    ,62951,98158R104
000000500.00000,RENU M GOPALAN                    ,IRA ROLLOVER
    ,TD AMERITRADE CLEARING CUSTODIAN    ,2738 HILLCREST FARMS RD          ,BIG
STONE GAP  VA  24219-4002                              ,
                    ,24219,98158R104
000000500.00000,STEPHEN S GRUBER                    ,CHRISTA K GRUBER
    ,JT TEN/WROS              ,157 ROYAL OAK
,GREENVILLE OH  45331-2859                              ,
                    ,45331,98158R104
000000500.00000,SHIRLEY BAUMGARTNER              ,PO BOX 446
    ,GLASGOW MT  59230-0446            ,                          ,
                    ,59230,98158R104
000000500.00000,MARK C ALOI TOD              ,SUBJECT TO STA TOD RULES
    ,205 NE PRIMA VISTA BLVD      ,PORT ST LUCIE      FL 34983          ,
                    ,34983,98158R104
000000500.00000,FRED F RUGGIERO TOD              ,SUBJECT TO STA TOD RULES
    ,5206 17TH AVE W              ,BRADENTON          FL 34209          ,
                    ,34209,98158R104
000000500.00000,BRUCE ELLIS RAYMOND              ,BEVERLY RAMONA CRITCHER JT TEN
    ,PO BOX 129              ,OAK VIEW          CA 93022          ,
                              Page 18
```

NOBO LIST 5-13-13.txt
```
                              ,93022,98158R104                                   ,
000000500.00000,SCOTTRADE INC CUST FBO                 ,JAMES FREDERICK MJELDE IRA
 ,309 N VINE ST                        ,FERGUS FALLS         MN 56537          ,
                              ,56537,98158R104                                   ,
000000500.00000,FANG LU                                ,98 N HIDALGO AVE
 ,ALHAMBRA          CA 91801           ,                                         ,
                              ,91801,98158R104                                   ,
000000500.00000,JEANETTE J JIN                         ,6138 OCEAN VIEW DR
 ,OAKLAND CA  94618-1841               ,                                         ,
                              ,94618,98158R104                                   ,
000000500.00000,ROBERT BEALLE                          ,14404 MORTON HALL RD
 ,SILVER SPRING  MD  20906-2021        ,                                         ,
                              ,20906,98158R104                                   ,
000000500.00000,MARK C MCCARTHY                        ,RUE DU VALAIS  4
 ,GENEVA                        ,GENEVA  CH1202
,SWITZERLAND                                                                     ,
                              ,00000,98158R104
000000500.00000,HEATHER E HONDA ROTH IRA TD         ,AMERITRADE CLEARING  CUSTODIAN
 ,1820 HOOLEHUA ST                     ,PEARL CITY  HI  96782-1736               ,
                              ,96782,98158R104
000000500.00000,EVAN KUNIICHI TOKITA RESP INDV      ,FBO ARISSA M TOKITA ESA
 ,TD AMERITRADE CLEARING  CUSTODIAN  ,1820 HOOLEHUA ST                     ,PEARL
CITY  HI  96782-1736
                              ,96782,98158R104
000000500.00000,JONI L CLASSEN IRA TD AMERITRADE    ,CLEARING  CUSTODIAN
 ,9911 W ATHENS LN                     ,LITTLETON CO  801275925                  ,
                              ,80127,98158R104
000000500.00000,BARBARA N ZACCHEO                      ,ROTH IRA ETRADE CUSTODIAN
 ,89 CRESCENT STREET                   ,GREENFIELD MA  01301-3007                ,
                              ,01301,98158R104
000000500.00000,FRED LUI &                            ,BETTY LUI COMM PROP
 ,1750 EL CAMINO REAL                  ,SUITE 15
,BURLINGAME CA  94010-3208                                                       ,
                              ,94010,98158R104
000000500.00000,VANESSA MERVYN-COHEN                   ,ROTH IRA E*TRADE CUSTODIAN
 ,59 SUMMIT ST                         ,NEWTON MA  02458-1806                    ,
                              ,02458,98158R104
000000500.00000,FMT CO CUST IRA ROLLOVER              ,FBO DERRICK R CHAVEZ
 ,467 SARATOGA AVE # 200               ,SAN JOSE          CA 95129-1326          ,
                              ,95129,98158R104
000000500.00000,FREDRICK C GLASS                      ,UTA CHARLES SCHWAB & CO INC
 ,IRA ROLLOVER DTD 12/14/93            ,713 GARRETSON RD
,BRIDGEWATER NJ         08807                                                    ,
                              ,08807,98158R104
000000500.00000,PAUL DAVID WOODSON III                ,10156 WAVELL ROAD
 ,FAIRFAX VA                22032  ,                                             ,
                              ,22032,98158R104
000000500.00000,FMT CO CUST IRA                        ,FBO CHRISTINE Y CROWLEY
 ,1444 WAZEE ST                        ,SUITE 350
,DENVER           CO 80202-1386        ,                                         ,
                              ,80202,98158R104
000000500.00000,FMT CO CUST IRA ROLLOVER              ,FBO KEVIN ZEGAN
```

```
                              NOBO LIST 5-13-13.txt
     ,325 NEBRASKA DR                      ,IDAHO SPRINGS      CO 80452-9740    ,
                                                                    ,
                    ,80452,98158R104
000000500.00000,FMTC CUSTODIAN - ROTH IRA         ,FBO RICHARD LEE WEST
     ,1127 S STEELE ST              ,DENVER          CO 80210-2035      ,
                    ,80210,98158R104
000000500.00000,INGER S MEHRING                   ,2103 HILLSIDE DR
     ,LARAMIE         WY 82070-4837      ,                              ,
                    ,82070,98158R104
000000500.00000,WILLARD C FARWELL                 ,7385 HILLTOP LN
     ,LAKE GENEVA WI 53147              ,                              ,
                    ,53147,98158R104
000000500.00000,RAYMOND L CAMPBELL                ,CHARLES SCHWAB & CO INC.CUST
     ,IRA ROLLOVER              ,2751 WESTVILLE TRL           ,COOL
CA                    95614   ,                          ,
                    ,95614,98158R104
000000500.00000,BRIAN M MIZOKAMI                  ,CHARLES SCHWAB & CO INC CUST
     ,IRA CONTRIBUTORY          ,8711 E. Pinnacle Peak Rd. #142
,Scottsdale AZ           85255            ,                      ,
                    ,85255,98158R104
000000500.00000,LINDA ANTONIOLI &                 ,KENNETH ANTONIOLI JTWROS
     ,9700 SHOUP AVE            ,CHATSWORTH CA 91311-4721          ,
                    ,91311,98158R104
000000500.00000,MICHAEL G MILEWSKI                ,1843 FOREST RIDGE DR
     ,COLO SPGS  CO  80918-3450         ,                              ,
                    ,80918,98158R104
000000500.00000,DEANNE YING                       ,& DEBBIE NGAI JT WROS
     ,1550 OFARRELL ST APT1     ,SAN FRANCISCO CA 94115-3754        ,
                    ,94115,98158R104
000000495.00000,PAULA F TRATTNER TTEE             ,TRATTNER 1995 TRUST
     ,U/A 6/16/95               ,FBO PAULA F TRATTNER           ,2185
SUMMITRIDGE DR               ,BEVERLY HILLS     CA 90210-1523    ,
                    ,90210,98158R104
000000490.00000,CHAD R LAUCAMP                    ,ROTH IRA E*TRADE CUSTODIAN
     ,628 W. PATTERSON AVENUE           ,APT. 3E
,CHICAGO IL  60613-4440                      ,                      ,
                         ,60613,98158R104
000000467.00000,NADER MAHVAN                      ,7157 WATERFORD CT
     ,LONGMONT CO  80503                ,                              ,
                    ,80503,98158R104
000000450.00000,MOHAMMAD S TALUKDER               ,1102 GLENWOOD RD APT B2
     ,BROOKLYN           NY 11230       ,                              ,
                    ,11230,98158R104
000000450.00000,ROBIN GENTRY                      ,PAUL FRANKLIN GENTRY TEN ENT
     ,8031 HARMON LANDING RD            ,SNOW HILL        MD 21863      ,
                    ,21863,98158R104
000000437.00000,KAREN BETH KOHN                   ,JAMES KOHN
     ,3214 CREEKVIEW DR. #4             ,MIDDLETON        WI 53562-1943     ,
                    ,53562,98158R104
000000420.00000,TERRY L LASHLEY                   ,8277 LAKE WOODBOURNE DR E
     ,JACKSONVILLE FL            32217   ,                         ,
                                                              ,
                    ,32217,98158R104
                              Page 20
```

```
                              NOBO LIST 5-13-13.txt
000000400.00000,JAMES SWINERTON TRUSTEE            ,J B SWINERTON 2004 REVOC TRUST
     ,U/A/D FEB 5 04                  ,C/O BARD ASSOCIATES              ,135 S
LASALLE ST STE 3700           ,CHICAGO IL  60603-4202              ,
             ,60603,98158R104
000000400.00000,IRENE MANTELL                    ,5 CHERRY TREE LANE
    ,KINNELON NJ            07405 ,                                    ,
             ,07405,98158R104
000000400.00000,LPL FINANCIAL                    ,ATTN  PROXY DEPT
    ,9785 TOWNE CENTRE DRIVE        ,SAN DIEGO CA  92121-1968           ,
             ,92121,98158R104
000000400.00000,GLENDA L UNDERWOOD                ,CHARLES SCHWAB & CO INC CUST
    ,ROTH CONVERSION IRA             ,104 BARRUS AVE
,CLINTON NC              28328 ,                                       ,
             ,28328,98158R104
000000400.00000,ROBERT E LOGAN JR                ,CHARLES SCHWAB & CO INC CUST
    ,IRA CONTRIBUTORY                ,2022 LAKESIDE DR
,JACKSONVILLE BEACH FL       32250 ,                                   ,
             ,32250,98158R104
000000400.00000,MARGARET B WALKER INH IRA        ,BENE OF JANE T BAYER
    ,CHARLES SCHWAB & CO INC CUST    ,351 FOSS COURT                    ,LAKE
BLUFF IL            60044 ,                                           ,
             ,60044,98158R104
000000400.00000,LINDA ANN BRYSON                 ,282 SCHOOLHOUSE RD
    ,CHICOPEE MA            01020 ,                                    ,
             ,01020,98158R104
000000400.00000,KARIN ORRICO                     ,IRA
    ,TD AMERITRADE CLEARING CUSTODIAN ,17 CRESTVIEW DR
,MILFORD  NJ  08848-1973                                              ,
             ,08848,98158R104
000000400.00000,DAVID R KREIDER TRUST            ,UAD 08/01/1990
    ,DAVID R KREIDER TTEE           ,820-C CRESCENT ST A                ,7
             ,WHEATON IL  60187-5687              ,
             ,60187,98158R104
000000400.00000,HENRY J SCHORNAGEL               ,11707 COLLINGWOOD CT
    ,WOODBRIDGE  VA  22192-1043            ,                           ,
             ,22192,98158R104
000000350.00000,DENNIS L & RITA M GRIFFITH TRS FBO  ,DENNIS & RITA GRIFFITH TRUST
    ,UA  AUG 03  2000                ,6656 ASTON CIR
,SPARKS  NV  89436-6437                                               ,
             ,89436,98158R104
000000350.00000,BRIAN CHEROVSKY                  ,4105 NORMAL APT 29
    ,LINCOLN  NE  68506                    ,                           ,
             ,68506,98158R104
000000334.00000,LOUIS H DRAGER                   ,5076 S PERRY ST
    ,LITTLETON CO  80123-1625              ,                           ,
             ,80123,98158R104
000000334.00000,JOANN K MCCARTHY                 ,IRA
    ,TD AMERITRADE CLEARING CUSTODIAN  ,664 LITTLE PINE CREEK RD
,PITTSBURGH  PA  15223-1067                                           ,
             ,15223,98158R104
000000333.00000,NFS/FMTC IRA                     ,FBO JOSEPH P MAZUR
    ,2682 OLD WATTSBURG RD          ,WATERFORD          PA 16441        ,
             ,16441,98158R104
000000325.00000,WORTHLESS/NON TRANSFERABLE SEC   ,ATTN:RECONCILIATION DIV MGR
    ,*A *R *O                              ,                           ,
                              Page 21
.
```

NOBO LIST 5-13-13.txt
,00000,98158R104
000000320.00000,KARL J ZIEGLER FBO                    ,B ZIEGLER ED SAVINGS ACCT
,CHARLES SCHWAB & CO INC CUST    ,2470 CRAGMOOR RD
,BOULDER CO              80305 ,                                              ,
                        ,80305,98158R104
000000319.00000,JABER A M S ALSEDDIQI              ,51005
,RIQQA  53451                    ,KUWAIT                              ,

                   ,00000,98158R104
000000310.00000,MATTHEW OVERTON SR              ,732 PENNS PARK RD
,NEWTOWN           PA 18940         ,                              ,
                   ,18940,98158R104
000000300.00000,KERRY TANG &                   ,AMY LEE JTWROS
,187 ST. JAMES DR.           ,PIEDMONT CA  94611-3603              ,
                   ,94611,98158R104
000000300.00000,THOMAS P HATCH                 ,R/O IRA E*TRADE CUSTODIAN
,3814 45TH AVE NE            ,TACOMA WA  98422-4726                ,
                   ,98422,98158R104
000000300.00000,JOHN C VIRDEN III              ,CHARLES SCHWAB & CO INC CUST
,IRA CONTRIBUTORY            ,C/O THE HOTCHKISS SCHOOL          ,BOX
800                         ,LAKEVILLE CT           06039 ,
                   ,06039,98158R104
000000300.00000,LINDA ANN BRYSON               ,CHARLES SCHWAB & CO INC CUST
,IRA ROLLOVER                ,282 SCHOOLHOUSE RD
,CHICOPEE MA          01020 ,                                    ,
                   ,01020,98158R104
000000300.00000,PTC CUST IRA FBO               ,LOUIS MARCHESE
,7127 FOREST MIST DR6001     ,ARLINGTON TX  76001
                   ,76001,98158R104
000000300.00000,>CHI HERBERT CHONG             ,33 CASTLE GLEN BLVD
,MARKHAM ON  L6C 0A8         ,        ,                            ,
                   ,00000,98158R104
000000300.00000,SHERMAN L EPRO &               ,ELLEN N EPRO JTWROS
,5 MAC ARTHUR STREET         ,STOUGHTON MA 02072                   ,
                   ,02072,98158R104
000000300.00000,ROBERT JOSEPH THELEN           ,RUTH ANN THELEN JT TEN
,707 S CHURCH ST             ,SAINT JOHNS          MI 48879        ,
                   ,48879,98158R104
000000300.00000,JEFF BENSON                    ,PO BOX 105
,TITONKA            IA 50480         ,                              ,
                   ,50480,98158R104
000000300.00000,PAUL DAVID WOODSON IV &        ,PAUL DAVID WOODSON III JT TEN
,10156 WAVELL RD             ,FAIRFAX VA              22032 ,
                   ,22032,98158R104
000000280.00000,EDWARD HAMMER                  ,4CORDELL PLACE
,E NORTHPORT NY 11731-2622          ,                              ,
                   ,11731,98158R104
000000270.00000,PAUL PASMANIK FBO              ,ALEXANDER PASMANIK BENE
,COVERDELL SVNGS TD BK USA CUST  ,7865 FRICK WAY              ,DUNN
LORING VA  22027-1175              ,                              ,
                   ,22027,98158R104
000000267.00000,BARBARA FUNKE                  ,RR 2 BOX 38
,2425 COOPER AVENUE          ,STATE CENTER IA  50247-9686          ,
Page 22

```
                    NOBO LIST 5-13-13.txt                        ,
                    ,50247,98158R104
000000258.00000,BAOXING LAI &                    ,SHAN SHAN ZHANG JT TEN
    ,1227 PARKLAND CT              ,ALTAMONTE SPRINGS            ,FL
32714-1257                                               ,
                    ,32714,98158R104
000000250.00000,MICHAEL WEST               ,3778 ESCOBA DR
    ,PALM SPRINGS  CA  922643547       ,                          ,
                    ,92264,98158R104
000000250.00000,PERRY JAMES PEYERL             ,3607 ELM STREET N.
    ,FARGO ND              58102 ,                          ,
                    ,58102,98158R104
000000250.00000,MICHAEL D SCHUTZ               ,CHARLES SCHWAB & CO INC CUST
    ,IRA ROLLOVER              ,134 REGENCY DR
,LOMBARD IL              60148 ,                          ,
                    ,60148,98158R104
000000250.00000,PEGGY K. MIZOKAMI               ,CHARLES SCHWAB & CO INC CUST
    ,IRA ROLLOVER DTD 04/20/2000    ,25939 N 104TH WAY
,SCOTTSDALE AZ              85255 ,                          ,
                    ,85255,98158R104
000000250.00000,FMTC CUSTODIAN - SIMPLE        ,RIEGER CONSULTING SERVICES
    ,FBO WILLIAM J RIEGER          ,657 OKLAHOMA CIR              ,ELK
GROVE VLG    IL 60007-2862                               ,
                    ,60007,98158R104
000000250.00000,WENDALL H SWEETSER             ,PO BOX 128
    ,BETHEL              ME 04217     ,                          ,
                    ,04217,98158R104
000000240.00000,KIERAN R BRADY                 ,9931 W ATHENS LN
    ,LITTLETON CO  80127-5925       ,                          ,
                    ,80127,98158R104
000000236.00000,JOAN B CONRAD                  ,STEPHEN E CONRAD JT TEN
    ,4811 BOHLEYSVILLE RD           ,WATERLOO            IL 62298 ,
                    ,62298,98158R104
000000235.00000,IGNACIO SAUCEDA                ,19420 COLINA DR
    ,WALNUT              CA 91789    ,                          ,
                    ,91789,98158R104
000000230.00000,ALAN C ZIMMERMAN               ,T/O/D PATRICIA J ZIMMERMAN
    ,14234 SE CRYSTAL SPRINGS BLVD   ,PORTLAND  OR 97236-5342     ,
                    ,97236,98158R104
000000220.00000,JEAN TOKITA & EVAN TOKITA JT TEN    ,1684 KOMO MAI DR.
    ,PEARL CITY HI  96782           ,                          ,
                    ,96782,98158R104
000000201.00000,JUDY CHIN                      ,IRA R/O E*TRADE CUSTODIAN
    ,3324 N OAKLAND AVE             ,MILWAUKEE WI  53211-3011    ,
                    ,53211,98158R104
000000200.00000,GARY D FORD                    ,5287 SW ANHINGA AVE
    ,PALM CITY FL  34990-4042       ,                          ,
                    ,34990,98158R104
000000200.00000,ESTHER H CHO                   ,R/O IRA E*TRADE CUSTODIAN
    ,P.O. BOX 413                   ,LA MIRADA CA  90637-0413    ,
                    ,90637,98158R104
000000200.00000,ESTHER H CHO                   ,ROTH IRA ETRADE CUSTODIAN
                    Page 23
```

```
                              NOBO LIST 5-13-13.txt
     ,P.O. BOX 413                      ,LA MIRADA CA  90637-0413                    ,
                  ,90637,98158R104                                            ,
000000200.00000,THOMAS W GIGLIOTTI & KIM S          ,GIGLIOTTI JT TEN
     ,17906 HOWE RD                     ,STRONGSVILLE OH  441367608                  ,
                  ,44136,98158R104                                            ,
000000200.00000,CURT D HOYER                         ,CMR 469 BOX 62
     ,APO                  AE 09227        ,                                  ,
                  ,09227,98158R104
000000200.00000,MARK F AUGUR &                       ,JACKIE S AUGUR JT TEN
     ,TOD                                ,6614 140TH ST
,SMITHVILLE  MO  64089-8818                                                   ,
                       ,64089,98158R104
000000200.00000,PRAVEEN KAUL                         ,77 HOMESTEAD DR
     ,MATAWAN  NJ  07747-9707            ,                                    ,
                  ,07747,98158R104                                      ,
000000200.00000,SHEETALKUMAR PATEL                   ,APEX C/F ROTH IRA ACCOUNT
     ,2907 RILEY RIDGE RD               ,HOLLAND MI  49424-7504                    ,
                  ,49424,98158R104                                      ,
000000200.00000,CHHOTU B PATEL                       ,3555 SUNNYSIDE ROAD
     ,CENTERVALLEY  PA  18034           ,                                    ,
                  ,18034,98158R104                                      ,
000000200.00000,ANDREW MIHALEY                       ,2185 SUMMITRIDGE DR
     ,BEVERLY HILLS       CA 90210      ,                                    ,
                  ,90210,98158R104                                      ,
000000200.00000,CHRIS MAINES                         ,116 BLACKHAWK CT UNIT 6
     ,WOOD DALE           IL 60191      ,                                    ,
                  ,60191,98158R104                                      ,
000000200.00000,SCOTTRADE INC CUST FBO               ,CHARLES MICHAEL DELPLATO ROLLO
     ,52 KINGSBURY AVE                  ,BATAVIA              NY 14020        ,
                  ,14020,98158R104                                      ,
000000200.00000,JOSEPH M BRICKEL                     ,668 PARIS HILL RD
     ,BUCKFIELD           ME 04220      ,                                    ,
                  ,04220,98158R104
000000200.00000,FMT CO CUST IRA ROLLOVER             ,FBO WILLIAM C LEAHY
     ,10 AUDREY LN                      ,WYNANTSKILL          NY 12198-8601   ,
                  ,12198,98158R104                                      ,
000000200.00000,ALBERT JOSEPH RODRIGUES              ,CHARLES SCHWAB & CO INC.CUST
     ,SEP-IRA                           ,2304 MATTITUCK AVENUE
,SEAFORD NY              11783  ,                                             ,
                       ,11783,98158R104
000000200.00000,FRANK SCALA                          ,CHARLES SCHWAB & CO INC CUST
     ,IRA CONTRIBUTORY                  ,1403 31ST DR
,ASTORIA NY              11106  ,                                             ,
                       ,11106,98158R104
000000200.00000,ANNE FULLAGAR WHITE                  ,14156 SUN BLAZE LOOP UNIT D
     ,BROOMFIELD CO            80023  ,                                      ,
                  ,80023,98158R104                                      ,
000000200.00000,RUSSELL JAMES MATHIS                 ,CHARLES SCHWAB & CO INC CUST
     ,SIMPLE IRA                        ,115 SEVEN SPGS                ,CHINA
SPRING TX               76633  ,                                      ,
                  ,76633,98158R104
                              Page 24
```

```
                          NOBO LIST 5-13-13.txt
000000200.00000,ROBERT N PLIMPTON INH IRA          ,BENE OF MARY MARGARET ROSS
     ,CHARLES SCHWAB & CO INC CUST     ,2536 W 33RD AVE
,DENVER CO          80211 ,                                               ,
                    ,80211,98158R104
000000200.00000,YOGINDER CHABRA                    ,CHARLES SCHWAB & CO INC CUST
     ,IRA ROLLOVER                 ,732 DE LA TOBA RD                     ,CHULA
VISTA CA      91911 ,                                        ,
               ,91911,98158R104
000000200.00000,PTC CUST ROTH IRA FBO              ,MARK R TRAMBAUGH
     ,12178 E 100 S               ,LOOGOOTEE IN  47553
                    ,47553,98158R104                        ,                  ,
000000200.00000,SHARI PIERCE                    ,13777 US HIGHWAY 68E
     ,BENTON KY 42025-6336             ,                                   ,
               ,00000,98158R104                                   ,
000000200.00000,HO REVOCABLE LIVING TRUST          ,U/A DTD 04/20/2006
     ,VICTOR C HO & REBECCA HO TTEE    ,688 FARAONE DR                     ,SAN
JOSE CA  95136-1813                                          ,
               ,95136,98158R104
000000200.00000,LOUIS & LINDA VACCARO REV TRUST    ,UAD 03/13/02
     ,LOUIS C VACCARO &                ,LINDA L VACCARO TTEES              ,47
MORDELLA RD                  ,ALBANY NY 12205-2503                  ,
               ,12205,98158R104
000000175.00000,DAVID GONDEK                     ,149 FREEMAN ST. APT 3R
     ,BROOKLYN NY  11222-1359          ,                                   ,
               ,11222,98158R104
000000170.00000,MARK GIMBEL                      ,13258 N 79TH ST
     ,SCOTTSDALE  AZ  85260-4016       ,                                   ,
               ,85260,98158R104
000000150.00000,MARY J SIEFERT                   ,3316 34TH ST
     ,BOULDER  CO  803011908           ,                                   ,
               ,80301,98158R104
000000150.00000,IRA FBO KRISTIN V MACRAE          ,PERSHING LLC AS CUSTODIAN
     ,1148 W ALTGELD ST               ,CHICAGO IL 60614-2219              ,
               ,60614,98158R104
000000150.00000,KRISTIN MICHELLE WOODSON           ,CHARLES SCHWAB & CO INC CUST
     ,ROTH CONTRIBUTORY IRA            ,21546 HARVEST GREEN TER
,ASHBURN VA           20148 ,                                             ,
                    ,20148,98158R104
000000150.00000,MARY LOU HAYES TTEE               ,MARY L HAYES REVOCABLE TRUST
     ,U/A DTD 10/25/2002               ,1391 PALMER AVE
,MUSKEGON MI           49441 ,                                            ,
                    ,49441,98158R104
000000150.00000,WALTER P SIECKMANN                ,13500 OLD HALLS FERRY RD
     ,BLACK JACK          MO 63033     ,                                   ,
               ,63033,98158R104                                    ,
000000145.00000,KAREN K HAYES                     ,CHARLES SCHWAB & CO INC CUST
     ,SIMPLE IRA                       ,709 LITTLE WEKIVA RD
,ALTAMONTE SPRINGS FL          32714     ,32714,98158R104                 ,
000000140.00000,SHANE M POIRIER &                 ,BRENDA G POIRIER JT/WROS
     ,PO BOX 956                  ,FRUITVALE BC  V0G 1L0                   ,
               ,00000,98158R104                                    ,
000000138.00000,FMT CO CUST IRA ROLLOVER          ,FBO CHRISTOPHER M MCCOMB
     ,5815 LUDWIG RD              ,OXFORD            MI 48371-1145         ,
                          Page 25                                  ,
```

```
                          NOBO LIST 5-13-13.txt
                    ,48371,98158R104
000000134.00000,GREGORY S PRIESTLEY &              ,PAMELA L PRIESTLEY JTWROS
    ,23 LINDERMAN AVENUE            ,KINGSTON NY  12401-4813            ,
                                                                ,
                    ,12401,98158R104
000000133.00000,ANDREW C POPP                      ,11 WOODCREST CT #1
    ,WEYMOUTH MA  02190-1533            ,                          ,
                    ,02190,98158R104
000000133.00000,FMTC CUSTODIAN - ROTH IRA          ,FBO EVERETT L BOWMAN JR
    ,1614 INGLEWOOD DR            ,CHARLOTTESVLE     VA 22901         ,
                    ,22901,98158R104                            ,
000000125.00000,GARY ANDERSON                      ,3 PARK AVE
    ,NEW CITY  NY 10956            ,                          ,
                    ,10956,98158R104                            ,
000000125.00000,BRIAN PROSSER                      ,8454 CATIA LN
    ,SPRINGFIELD VA  22153-4007            ,                          ,
                    ,22153,98158R104                            ,
000000125.00000,MICHELE E AGOSTINHO                ,33 ELIZABETH STREET
    ,FAIRHAVEN MA  02719-4603            ,                          ,
                    ,02719,98158R104                            ,
000000120.00000,XIA LIAO ROTH IRA TD AMERITRADE INC ,CUSTODIAN
    ,10902 WYNFIELD SPRINGS DR            ,RICHMOND   TX  77469         ,
                    ,77469,98158R104                            ,
000000120.00000,KIERAN EMILY COLLINS               ,1458 7TH AVE
    ,SAN FRANCISCO CA          94122 ,                          ,
                    ,94122,98158R104                            ,
000000110.00000,PHILIP T MURDOCK                   ,PO BOX 1585
    ,FORESTVILLE  CA 95436-1585            ,                          ,
                    ,95436,98158R104 .                          ,
000000109.00000,JAGADISH GANGAHANUMAIAH            ,43805 RIVERPOINT DR
    ,LANSDOWNE VA  20176-8496            ,                          ,
                    ,20176,98158R104                            ,
000000100.00000,RICHARD CRAIG                      ,479 SEIPLE RD
    ,MIDDLEBURG  PA  17842-7928            ,                          ,
                    ,17842,98158R104                            ,
000000100.00000,MATTHEW ZIMMERMANN                 ,1085 PARKVIEW DR.
    ,TROY  OH  45373            ,                          ,
                    ,45373,98158R104                            ,
000000100.00000,CECIL LEROY MCMICHAEL ROLLOVER IRA  ,TD AMERITRADE CLEARING
CUSTODIAN   ,9000 NE 95TH ST               ,KANSAS CITY  MO  64157
    ,                    ,64157,98158R104                            ,
000000100.00000,ROGER H NEWTON JR TTEE FBO         ,ROGER H NEWTON JR TRUST
    ,DTD 06/27/02               ,1645 9TH AVE SOUTH EAST #228
,ALBANY  OR  97322                                                ,
                          ,97322,98158R104
000000100.00000,WILLIAM IRVING DUBE IRA            ,TD AMERITRADE CLEARING INC
CUSTODIAN,1595 HALO ST               ,SAN DIEGO  CA  92154            ,
                          ,92154,98158R104                            ,
000000100.00000,JAMBO LIMITED PARTNERSHIP          ,ATTN: TRIPTA CHABRA
    ,1070 MOUNT DENA DR               ,CHULA VISTA  CA  91913            ,
                          Page 26
```

```
                              NOBO LIST 5-13-13.txt                          ,
                   ,91913,98158R104
000000100.00000,NON-MARKETABLE SECURITIES ACCT          ,TRADE OPERATIONS
      ,ATTN:  MARTHA SEIBERT                 ,12555 MANCHESTER ROAD                    ,ST
LOUIS MO  63131-3710                                                      ,
                   ,63131,98158R104
000000100.00000,PAMELA KIMBRO                          ,SAMMY KIMBRO JTWROS
      ,72 HEATH LN                           ,ALMO KY  42020-9557                    ,
                   ,42020,98158R104
000000100.00000,NORMAN D BOLOSAN                       ,4929 111TH AVE NE
      ,KIRKLAND             WA 98033          ,
                   ,98033,98158R104                                       ,
000000100.00000,DEAN D HELGESON                       ,INDIVIDUAL RETIREMENT ACCOUNT
      ,RBC CAPITAL MARKETS LLC CUST          ,PO BOX 1244
,BEMIDJI MN  56619-1244                                                   ,
                   ,56619,98158R104
000000100.00000,MICHAEL CAVALERI                       ,7735 E MONICA DR
      ,SCOTTSDALE          AZ 85255           ,
                   ,85255,98158R104                                       ,
000000100.00000,SCOTTRADE INC CUST FBO                ,VANNA C GASSER ROTH IRA
      ,PO BOX 1083                           ,PORTAGE              IN 46368           ,
                   ,46368,98158R104
000000100.00000,JAMES MAXSON                          ,3485 N 2983 E
      ,TWIN FALLS          ID 83301           ,                                       ,
                   ,83301,98158R104                                       ,
000000100.00000,SCOTTRADE INC CUST FBO                ,PATRICK J MCLOUGHLIN  IRA
      ,1543 COTTONWOOD CANYON DR             ,BENSON               AZ 85602           ,
                   ,85602,98158R104                                       ,
000000100.00000,SCOTTRADE INC CUST FBO                ,DALE JACOB LUKANOVICH ROLLOVER
      ,4380 HAMPTON AVE                      ,WESTERN SPRINGS      IL 60558           ,
                   ,60558,98158R104                                       ,
000000100.00000,MARY M MURPHY                         ,GREGG GEERDES JT TEN
      ,890 PARK PL                           ,IOWA CITY            IA 52246           ,
                   ,52246,98158R104                                       ,
000000100.00000,FRANCESCO PAUL RUSSO                   ,7394 CEIATA LANE
      ,SAN DIEGO           CA 92129           ,                                       ,
                   ,92129,98158R104                                       ,
000000100.00000,K GANESH SHENOY TTEE                  ,KONCHADY G SHENOY REV TRUST
      ,U/A DTD 7/25/05                       ,8504 LINDERWOOD DR                 ,LAS
VEGAS               NV 89134                                              ,
                   ,89134,98158R104
000000100.00000,JOHN NIEMEYER TOD                     ,SUBJECT TO STA TOD RULES
      ,1410 BRADINGTON DR                    ,FENTON               MO 63026           ,
                   ,63026,98158R104
000000100.00000,JOEL MEYER POMERANTZ                  ,1406 BEECHWOOD BLVD
      ,PITTSBURGH PA  15217-1327             ,                                       ,
                   ,15217,98158R104
000000100.00000,JOY MEADE                             ,926 W OCEAN VIEW AVE
      ,APT D                                 ,NORFOLK VA  23503-1397                 ,
                   ,23503,98158R104                                       ,
000000100.00000,PAUL BACCUS                           ,305 EDWARDS ST
                              Page 27
```

```
                                   NOBO LIST 5-13-13.txt
          ,MERKEL   TX  79536-3805              ,                               ,
                          ,79536,98158R104                    ,
      000000100.00000,NATHAN BOYER                   ,1720 W SUNNYSLOPE LN
          ,PHOENIX  AZ  85021-2059          ,                          ,
                          ,85021,98158R104                    ,
      000000100.00000,CUST FPO                        ,JESSICA M WELCH RRA
          ,FBO JESSICA M WELCH             ,668 GEORGIA AVE
      ,LONGWOOD FL 32750-4322            ,                                ,
                          ,32750,98158R104
      000000100.00000,ROBERT L BECKSTRAND III          ,IRA E*TRADE CUSTODIAN
          ,PO BOX 276                  ,AUBURN WA  98071-0276               ,
                          ,98071,98158R104                    ,
      000000100.00000,ROCKNEY W HUDSON SR TTEE          ,BARD ASSOCIATES INC ROTH 401(K
          ,U/A DTD 01/01/2007 FBO L SCHEI   ,20 N WACKER DR STE 1520
      ,CHICAGO IL        60606                                            ,
                          ,60606,98158R104
      000000100.00000,KEVIN J BERNER SR                ,CHARLES SCHWAB & CO INC CUST
          ,SIMPLE IRA                   ,18610 GLADVILLE AVE
      ,HOMEWOOD IL       60430                                    ,
                          ,60430,98158R104
      000000100.00000,LILLY BAER                    ,& STEVEN B BAER JT WROS
          ,172 N ALTA VISTA BLVD          ,LOS ANGELES  CA  90036-2826        ,
                          ,90036,98158R104                    ,
      000000100.00000,DAVID DORFMAN                    ,CLARA DORFMAN JT TEN
          ,14 SOUTH FIRST AVENUE          ,MINE HILL NJ 07803-2911            ,
                          ,07803,98158R104                  ,
      000000100.00000,FMT CO CUST SEPP IRA             ,FBO RALPH A TORAN
          ,124 MARKED TREE RD             ,NEEDHAM        MA 02492-1634        ,
                          ,02492,98158R104                  ,
      000000100.00000,ESTHER EHRLICH                   ,2827 W BIRCHWOOD
          ,CHICAGO         IL 60645-1217      ,                             ,
                          ,60645,98158R104
      000000100.00000,RALPH A TORAN                    ,MARY M TORAN
          ,124 MARKED TREE RD             ,NEEDHAM        MA 02492-1634        ,
                          ,02492,98158R104                  ,
      000000100.00000,DONNA VARRIALE                   ,EDWARD VARRALE JT TEN
          ,104 N REDWOOD LN               ,GREENTOWN      PA 18426
                          ,18426,98158R104                   ,
      000000100.00000,THOMAS JOSEPH WYSOCKI            ,54 W 84TH ST APT 1R
          ,NEW YORK         NY 10024          ,                             ,
                          ,10024,98158R104
      000000100.00000,FMT CO CUST IRA ROLLOVER         ,FBO FRANK DOS SANTOS
          ,287 HICKS STREET             ,APT 4
      ,BROOKLYN         NY 11201-4566             ,11201,98158R104            ,
      000000100.00000,FMTC CUSTODIAN - ROTH IRA        ,FBO JOSEPH VALERIOTI
          ,14710 SUN HARBOR DR            ,HOUSTON        TX 77062-2214        ,
                          ,77062,98158R104
      000000100.00000,FMT CO CUST IRA ROLLOVER         ,FBO AIDAN MCCORMACK
          ,240 EXPLORER WAY               ,MARTINEZ       CA 94553-3604        ,
                          ,94553,98158R104
                                   Page 28
```

```
                            NOBO LIST 5-13-13.txt
000000100.00000,FMT CO CUST SEPP IRA              ,FBO PAUL GOLDSTEIN
   ,5 KELLY CT                      ,LEBANON          NJ 08833            ,
              ,08833,98158R104                                    ,
000000100.00000,HELEN SADOW                       ,PERSONAL
   ,589 WILMOT ROAD                 ,NEW ROCHELLE NY          10804 ,
              ,10804,98158R104                                    ,
000000093.00000,SUE B PECK                        ,45 QUEENS FOLLY RD APT 659
   ,HILTON HEAD ISLAND    SC 29928     ,                            ,
              ,29928,98158R104                                    ,
000000090.00000,BINCKBANK N.V. (BEWAARBEDRIJF/       ,CUSTODY)
   ,BARBARA STROZZILAAN 310          ,1083 HN AMSTERDAM               ,THE
NETHERLANDS                                              ,
              ,00000,98158R104
000000085.00000,SAM KENYON                        ,943 SANDY RUN RD
   ,YARDLEY PA  19067-2910           ,                            ,
              ,19067,98158R104                                    ,
000000080.00000,SONGXIAN WANG                     ,ROTH IRA ETRADE CUSTODIAN
   ,8308 SHELTER CREEK LN            ,SAN BRUNO CA  94066-3879        ,
              ,94066,98158R104                                    ,
000000080.00000,NISHEX INVESTMENTS LLC            ,NISHANG GUPTA MEMBER
   ,101 HILLCREST DR                 ,STORRS MANSFIELD    CT 06268    ,
              ,06268,98158R104                                    ,
000000080.00000,GILBERT A YARBROUGH               ,610 VAN HOUTEN AVE
   ,EL CAJON          CA 92020       ,                            ,
              ,92020,98158R104                                    ,
000000070.00000,GLENN I GREENSTEIN                ,185 W PARK AVE APT 309
   ,LONG BEACH NY          11561 ,                            ,
              ,11561,98158R104                                    ,
000000067.00000,GERALD DURANCIK                   ,CHARLES SCHWAB & CO INC.CUST
   ,IRA CONTRIBUTORY                 ,4445 S KANKAKEE RD
,BRACEVILLE IL          60407 ,                              ,
                  ,60407,98158R104
000000067.00000,NATHALIE A KNOWLES-BECK           ,PO BOX 07864
   ,MILWAUKEE WI  53207-3009         ,                            ,
              ,53207,98158R104                                    ,
000000067.00000,MARK HORNBAKER                    ,CHARLES SCHWAB & CO INC CUST
   ,ROTH CONVERSION IRA              ,PO BOX 23                   ,LEWIS
KS               67552 ,                              ,
              ,67552,98158R104
000000067.00000,MICHAEL CHIN                      ,ROTH IRA E*TRADE CUSTODIAN
   ,3324 N OAKLAND AVE               ,MILWAUKEE WI  53211-3011        ,
              ,53211,98158R104                                    ,
000000066.00000,MICHAEL JAY PETTIT                ,242 PORTSMOUTH AVE
   ,XENIA             OH 45385       ,                            ,
              ,45385,98158R104                                    ,
000000066.00000,FMT CO CUST IRA ROLLOVER          ,FBO DEBORAH A LAURION
   ,832 JUDSON ST                    ,LONGMONT          CO 80501-4821 ,
              ,80501,98158R104                                    ,
000000065.00000,KRISTIN MICHELLE WOODSON          ,21546 HARVEST GREEN TER
   ,ASHBURN VA            20148 ,                            ,
                            Page 29
```

```
                          NOBO LIST 5-13-13.txt
                    ,20148,98158R104
000000065.00000,KEVIN S MURPHY                        ,2225 SW KNOLLCREST DR
   ,PORTLAND OR              97225   ,                                    ,
                    ,97225,98158R104                              ,
000000060.00000,ASHLEY J ZIEGLER &              ,CAROLYN JEANNE ZIEGLER JT TEN
   ,2470 CRAGMOOR RD              ,BOULDER CO                80305   ,
                    ,80305,98158R104                            ,
000000060.00000,BRIAN SEWARD                    ,5219 REES ST
   ,OMAHA  NE  68106-1756             ,                                   ,
                    ,68106,98158R104                              ,
000000055.00000,KARL J ZIEGLER CUST FOR              ,BRADLEY K ZIEGLER UCOUTMA
   ,UNTIL AGE 21              ,2470 CRAGMOOR RD
,BOULDER CO              80305   ,                                    ,
                    ,80305,98158R104
000000050.00000,RICO D JONES & ALICIA M JONES JTWROS,1553 DARREN CIRCLE
   ,PORTSMOUTH  VA 23701              ,                                 ,
                    ,23701,98158R104
000000050.00000,S GAINES & J ENGLISH TTEE            ,ENGLISH GAINES FAMILY TRUST OF
   ,U/A DTD 12/07/2006              ,2668 MEADOW CREST CT            ,SAN
PABLO CA              94806   ,                                    ,
                    ,94806,98158R104
000000050.00000,FMT CO CUST IRA ROLLOVER          ,FBO NGA D LE
   ,8603 W 156TH TER              ,OVERLAND PARK     KS 66223-2973    ,
                    ,66223,98158R104                            ,
000000050.00000,ROBERTO RAUL RIVAS & AMELIA          ,CAROLINE RIVAS JT TEN
   ,PO BOX 1727              ,MATTITUCK  NY  11952-0905                 ,
                    ,11952,98158R104
000000050.00000,RICHARD BYLICKI                  ,28 GARFIELD AVE
   ,FARMINGDALE NY 11735-3309             ,                            ,
                    ,11735,98158R104
000000050.00000,HARVEY KENNETH SCHOONMAKER           ,575 HICKORY AVE
   ,SADDLE BROOK         NJ 07663             ,                        ,
                    ,07663,98158R104                           ,
000000050.00000,SCOTTRADE INC CUST FBO           ,LAURIE H LEVINSON ROTH IRA
   ,450 GLEN PARK DR              ,BAY VILLAGE        OH 44140    ,
                    ,44140,98158R104                           ,
000000040.00000,COREY TRACY                      ,2920 195 TH STREET
   ,LYNWOOD IL  60411-6322             ,                              ,
                    ,60411,98158R104
000000040.00000,MATTHEW MCKENZIE                 ,13120 SW BEDFORD ST
   ,TIGARD OR  97224-1828             ,                               ,
                    ,97224,98158R104
000000040.00000,GILBERT A FRIEDEN                ,CHARLES SCHWAB & CO INC CUST
   ,ROTH CONTRIBUTORY IRA              ,6050 CANTERBURY DR APT H 230
,CULVER CITY CA              90230   ,                             ,
                    ,90230,98158R104
000000035.00000,MICHAEL J BURKE CUST             ,JAMIE BURKE UTMA KS
   ,14105 STEARNS ST              ,OVERLAND PARK     KS 66221-8089    ,
                    ,66221,98158R104
000000034.00000,PARDEEP KAUR                     ,11 NILE STREET
   ,YONKERS NY  10704-2707             ,                              ,
                          Page 30
```

NOBO LIST 5-13-13.txt

```
                        ,10704,98158R104                              ,
000000034.00000,TOM MONTGOMERY                           ,1424 NEMAHA ST
     ,LINCOLN   NE  68502-4727              ,                              ,
                        ,68502,98158R104                              ,
000000030.00000,CHUEH A PAI                               ,8675 FERNDALE ST
     ,SAN DIEGO CA            92126  ,                              ,
                        ,92126,98158R104                              ,
000000025.00000,BENJAMIN DAVIS                            ,198 ROTHSAY AVE
     ,HAMILTON ON  L8M 3G7              ,                              ,
                        ,00000,98158R104                              ,
000000025.00000,LEON N MCENTIRE &                         ,KEVIN JAMES MCENTIRE JT TEN
     ,4883 PORTSMOUTH BAY CT         ,OCEANSIDE  CA 92057-3405              ,
                        ,92057,98158R104                              ,
000000025.00000,LARRY DONNELL EDWARDS &                   ,LAURA AI EDWARDS JTWROS
     ,2201 THE ALAMEDA              ,APT 18                              ,SANTA
CLARA CA  95050-6066
                        ,95050,98158R104                              ,
000000025.00000,BRIAN JAY ELEFANT                         ,2306 HEMLOCK AVE
     ,BALTIMORE            MD 21214    ,                              ,
                        ,21214,98158R104                              ,
000000020.00000,JOHN W HUFFMAN                            ,22 OVERBROOK DR
     ,SAINT LOUIS            MO 63124    ,                              ,
                        ,63124,98158R104                              ,
000000020.00000,DOUG CLARK                                ,1616 OAK BROOK LANE
     ,ALLEN TX  75002-1804              ,                              ,
                        ,75002,98158R104                              ,
000000020.00000,MARK MCLANE                               ,405 W FULTON ST
     ,POLO IL  61064-1025              ,                              ,
                        ,61064,98158R104                              ,
000000020.00000,ROBERT H MAHONEY                          ,822 POST AVE
     ,STATEN ISLAND NY  10310-1929    ,                              ,
                        ,10310,98158R104                              ,
000000020.00000,BEVERLY J LUDEMAN                         ,P.O. BOX 991
     ,GLENROCK   WY 82637              ,                              ,
                        ,82637,98158R104                              ,
000000015.00000,ATC AS CUST FOR SEP IRA                   ,ROBERT W CLELAND
     ,196 SHELLEY AVE              ,CAMPBELL CA  95008-7094              ,
                        ,95008,98158R104                              ,
000000015.00000,RICHARD J ALEXA                           ,1509 HIGH STREET
     ,ERIE PA  16509-1922              ,                              ,
                        ,16509,98158R104                              ,
000000015.00000,VIRENDRA LONDHE                           ,41 WOODHILL ST
     ,SOMERSET  NJ  088734661              ,                              ,
                        ,08873,98158R104                              ,
000000015.00000,ANTHONY R MOOK                            ,PO BOX 7965
     ,SANTA ROSA  CA  95407-0965              ,                              ,
                        ,95407,98158R104                              ,
000000010.00000,KELLY BEAUDOIN                            ,26 WICKLOW DRIVE
```

Page 31

```
                              NOBO LIST 5-13-13.txt
     ,EASTLAKE OH  44095-1404                    ,                         ,
                       ,44095,98158R104                       ,
000000010.00000,CHARLES J SPINOSO               ,2200 WEST NORTH LOOP BLVD
     ,201                          ,AUSTIN TX 78756                   ,
                       ,78756,98158R104                       ,
000000006.00000,ANTHONY J DALLEVA               ,75 CONVERSE LN
     ,MELROSE MA 02176-5101               ,                         ,
                       ,02176,98158R104                       ,
000000005.00000,STEVEN EDWARD BERNSTEIN         ,11342 HOLLOWSTONE DR
     ,ROCKVILLE  MD  20852-3118          ,                         ,
                       ,20852,98158R104                       ,
000000005.00000,WILLIAM JUSTIN GODWIN           ,JENNIFER RACHELLE GODWIN  JT T
     ,736 ALBEMARLE CT               ,CHESAPEAKE        VA 23322    ,
                       ,23322,98158R104                       ,
000000005.00000,DENISE OSEI-KUFFOUR             ,DESIGNATED BENE PLAN/TOD
     ,1132 191ST PLACE               ,GLENWOOD IL          60425   ,
                       ,60425,98158R104                       ,
000000004.00000,THABO A MOYO                    ,11622 TUSCANY DR
     ,LAUREL MD 20708-2865               ,                         ,
                       ,20708,98158R104                       ,
000000003.00000,DUY MAI                         ,101 EL BOSQUE AVE
     ,SAN JOSE           CA 95134          ,                         ,
                       ,95134,98158R104                       ,
000000003.00000,DOOFY                           ,345 8TH AVE APT 1H
     ,NEW YORK NY            10001          ,                         ,
                       ,10001,98158R104                       ,
000000002.00000,KENNETH MAXWELL &               ,BRENDA MAXWELL JT TEN
     ,4075 SETON AVE               ,BRONX  NY  10466-2332         ,
                       ,10466,98158R104                       ,
000000001.00000,JENNIFER CHOW                   ,13835 ELDER AVE APT 11E
     ,FLUSHING  NY  11355-4089          ,                         ,
                       ,11355,98158R104                       ,
000000001.00000,RICHARD JOSEPH TESTA            ,170 QUARRY RD
     ,MORETOWN  VT  05660-9189           ,                         ,
                       ,05660,98158R104                       ,
000000001.00000,WILLIAM M SHULYEPIN             ,507 MAGNOLIA AVE
     ,MELBOURNE BEACH  FL  32951          ,                         ,
                       ,32951,98158R104                       ,
000000001.00000,NETFONDS ASA                    ,STENERSGATE 2
     ,0184 OSLO  NORWAY                    ,                         ,
                       ,00000,98158R104                       ,
000000001.00000,FMT CO CUST IRA ROLLOVER        ,FBO TODD H MORSE
     ,231 E BURBANK BLVD APT 105          ,BURBANK          CA 91502-1044   ,
                       ,91502,98158R104                       ,
000000000.00000,CHESTNUT RIDGE PARTNERS LP EK   0307,85 CHALLENGER RD SUITE 501
     ,RIDGEFIELD PARK  NJ  07660          ,                         ,
                       ,07660,98158R104
```

NOBO LIST 5-13-13.txt

# OF NOBOS,NUMBER OF SHARES
0000502,002260218.00000

CUSIP,CLIENT,NUMBER OF NOBOS, SHARES
98158R104,QTRADE                                    ,0000001,000000000800.00000
98158R104,RBC DOMINION SECURITIES.                  ,0000003,000000001825.00000
98158R104,CIBC WORLD MARKETS                        ,0000002,000000001340.00000
98158R104,SCOTIACAPITAL INC.                        ,0000001,000000001500.00000
98158R104,WOLVERTON SECURITIES LIMITED              ,0000001,000000005800.00000
98158R104,GOLDMAN SACHS & CO.                       ,0000002,000000125000.00000
98158R104,BROWN BROTHERS HARRIMAN & CO.             ,0000001,000000002736.00000
98158R104,MORGAN STANLEY                            ,0000003,000000003200.00000
98158R104,EDWARD JONES                              ,0000002,000000000225.00000
98158R104,WEDBUSH SECURITIES INC.                   ,0000003,000000017385.00000
98158R104,FIRST CLEARING  LLC                       ,0000022,000000190020.00000
98158R104,APEX CLEARING CORPORATION                 ,0000020,000000143977.00000
98158R104,MERRILL LYNCH                             ,0000010,000000126558.00000
98158R104,CHARLES SCHWAB & CO.  INC.                ,0000073,000000150947.00000
98158R104,TD AMERITRADE CLEARING  INC               ,0000098,000000330623.00000
98158R104,AMERIPRISE FINANCIAL                      ,0000002,000000001015.00000
98158R104,LPL FINANCIAL                             ,0000004,000000001900.00000
98158R104,RBC CAPITAL MARKETS LLC                   ,0000006,000000013657.00000
98158R104,SOUTHWEST SECURITIES  INC.                ,0000004,000000007800.00000
98158R104,U.S. BANK                                 ,0000001,000000046183.00000
98158R104,J.P. MORGAN CLEARING CORPORATION          ,0000001,000000001000.00000
98158R104,USAA BROKERAGE SERVICES                   ,0000004,000000006600.00000
98158R104,PERSHING LLC                              ,0000012,000000306850.00000
98158R104,E*TRADE SECURITIES LLC                    ,0000052,000000217784.00000
98158R104,OPPENHEIMER & CO. INC.                    ,0000002,000000001300.00000
98158R104,UBS SECURITIES LLC                        ,0000001,000000003010.00000
98158R104,STERNE AGEE & LEACH INC                   ,0000002,000000000792.00000
98158R104,WILLIAM BLAIR & COMPANY L.L.C.            ,0000002,000000001400.00000
98158R104,NATIONAL FINANCIAL SERVICES LLC           ,0000077,000000199063.00000
98158R104,SCOTTRADE INC                             ,0000079,000000336173.00000
98158R104,CAPITAL ONE SHAREBUILDER  INC.            ,0000005,000000002455.00000
98158R104,VANGUARD BROKERAGE SERVICES               ,0000006,000000011300.00000