UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 13-21577-MER |
| WORLDWIDE ENERGY & ) | |
| MANUFACTURING USA, INC. ) | |
| EIN: 77-0423745 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

## AMENDMENT TO SCHEDULES B, D, AND F

The Debtor, Worldwide Energy & Manufacturing USA, Inc. ("Debtor"), by and through its attorneys, Kutner Brinen Garber, P.C., hereby amends its Schedules B, D, and F in the form of that attached hereto.

Dated: September 5, 2013

Respectfully submitted,

By: _____
Lee M. Kutner #10966
Jenny M.F. Fujii #30091
**KUTNER BRINEN GARBER, P.C.**
303 E. 17th Avenue, Suite 500
Denver, CO 80203
Telephone: (303) 832-2400
Facsimile: (303) 832-1510
E-mail: jmf@kutnerlaw.com

## CERTIFICATE OF SERVICE

I do hereby certify that on this 5th day of September, 2013, I caused a true and correct copy of the foregoing **AMENDMENT TO SCHEDULES B, D, AND F** to be deposited in the United States Mail, postage prepaid and addressed as follows:

Alan K. Motes, Esq.
United States Trustee's Office
999 18th Street, Suite 1551
Denver, CO 80202

_____
Vicky Martina

B6B (Official Form 6B) (12/07)

In re   Worldwide Energy & Manufacturing USA Inc                ,          Case No. 13-21577-MER
                                    Debtor                                              (If known)

# AMENDED - SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of the West** <br> **San Francisco, California** | | 240,713.84 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of the West** <br> **San Francisco, California** | | 10,518.82 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wells Fargo** <br> **San Francisco, California** | | 21,386.46 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wells Fargo** <br> **San Francisco, California** | | 2,225.75 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wells Fargo** <br> **San Francisco, California** | | 761.84 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Security deposit for CA office lease** | | 5,612.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Worldwide Energy & Manufacturing USA Inc** , Case No. **13-21577-MER**
Debtor (If known)

# AMENDED - SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Worldwide Energy and Manufacturing (Ningbo Solar) Co., Ltd. - 100% (Factory Closed) Shanghai Intech Electro-Mechanical Products Co., Ltd. - 100% Shanghai Intech-Tron Electronic and Electronics Co., Ltd. - 55% Worldwide Energy and Manufacturing (Nantong Solar) Co., Ltd. - 51% Shanghai Shutai Precision Casting Co., Ltd. - 45% Shanghai Intech Precision Machinery Co., Ltd. - 49% | | Unknown* |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Related party receivable/deferred tax asset | | 670,589.83 |
| Accounts receivable. | | Various Customers | | 484,797.23 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Claims against Moye White, LLP (2011) | | unknown |
| Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Claims against Radiowaves, Inc. for breach of contract (2011) | | unknown |
| | | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   Worldwide Energy & Manufacturing USA Inc                ,   Case No. 13-21577-MER
                                 Debtor                                              (If known)

# AMENDED - SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Claims against Tomeii International for breach of contract (2011) | | unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Drawings, Tooling and Engineering Design held by Intech Electro Mechanical in China | | 1,872,801.80 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Misc. Software | | 0.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | | Computers, monitors, misc office equipment | | 1,117.00 |
| 30. Inventory. | | U.S. Inventory | | 940,672.18 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Advance to suppliers, prepaid income | | 9,999.20 |

          __2__  continuation sheets attached          Total   ►   $4,261,195.95

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6D (Official Form 6D) (12/07)

In re  Worldwide Energy & Manufacturing USA Inc    Case No. 13-21577-MER
       Debtor                                               (If known)

# AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Shanghai Intech Electro-Mechanical Products No. 1118 Changshou Road Putuo District Suite C, 11th Floor, Building A Shanghai, 200042 P.R. China | | | All intellectual property, drawings, tooling and engineering designs VALUE $1,872,801.80 | X | X | X | 1,872,801.80 | 0.00 |
| ACCOUNT NO. VFC Partners 23, LLC P.O. Box 416195 Boston, MA 02241-6195 | | | Accounts, inventory VALUE $1,425,469.00 | | | | 359,240.82 | 0.00 |

0  continuation sheets attached

Subtotal ➤
(Total of this page)                    $ 2,232,042.62   $ 0.00

Total ➤
(Use only on last page)                 $ 2,232,042.62   $ 0.00

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07)

In re  **Worldwide Energy & Manufacturing USA Inc**                     Case No. **13-21577-MER**
                          Debtor                                                         (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> A.M.Z International Shipping Co. <br> 1067 Sneath Lane <br> San Bruno, CA 94066 | | | May 2013 <br> Trade Debt | | | | 17,623.53 |
| ACCOUNT NO. <br> ACG Accountancy <br> 4301 Hacienda Drive <br> Suite 200 <br> Pleasanton, CA 94588 | | | June 2013 <br> Services | | | | 3,040.00 |
| ACCOUNT NO. <br> CIIC Investment Co., Ltd. <br> 45/F 1 Building Grand Gateway <br> 1 Hongqiao Road <br> 1 Hongqiao Road <br> Shanghai, 200020 P.R. China | | | January 2013 <br> Trade Debt | | | | 298,927.71 |
| ACCOUNT NO. <br> CJ Holdings, LLC <br> P.O. Box 968 <br> Millbrae, CA 94030 | | | Former Landlord | | | | Unknown |
| ACCOUNT NO. <br> Echo Global Logistics <br> 22168 Network Place <br> Chicago, IL 60673 | | | | | | | 961.83 |

_7_  Continuation sheets attached

Subtotal  ➤  $  320,553.07

Total  ➤  $ 

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Worldwide Energy & Manufacturing USA Inc**     Case No. <u>13-21577-MER</u>
          Debtor                                              (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Englert, Coffey, McHugh & Fantauzzi, LLP <br> 224 State Street <br> P.O. Box 1092 <br> Schenectady, NY 12301-1092 | | | November 2012 <br> Services | | | | 1,647.50 |
| ACCOUNT NO. <br> Federal Express <br> P.O. Box 7221 <br> Pasadena, CA 91109-7321 | | | Trade Debt | | | | 52.43 |
| ACCOUNT NO. <br> Gary Koos <br> 1864 Sannita Court <br> Pleasanton, CA 94566 | | | Claim for Severance | | | X | 90,000.00 |
| ACCOUNT NO. <br> Gerald DeCiccio <br> 26731 Anadale Drive <br> Laguna Hills, CA 92653 | | | Claim related to Lawsuit | X | X | X | Unknown |
| ACCOUNT NO. <br> Getty Images <br> c/o McCormack Intellectual Law <br> 617 Lee St. <br> Seattle, WA 98109 | | | June 2012 <br> Intellectual property claim | | | | 1,508.00 |

      <u>7</u>   Continuation sheets attached

Sheet no. <u>1</u> of <u>7</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims             Subtotal ➤ $   93,207.93

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Worldwide Energy & Manufacturing USA Inc**
Debtor

Case No. **13-21577-MER**
(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Jeffrey F. Watson<br>1590 Shiloh Place<br>Templeton, CA 93465 | | | Claim related to Lawsuit<br>Indemnified Party | X | X | X | Unknown |
| ACCOUNT NO.<br>Jennifer Maliar<br>7900 East Union Avenue<br>Suite 150<br>Denver, CO 80237 | | | Claim related to Lawsuit<br>Indemnified Party | X | X | X | Unknown |
| ACCOUNT NO.<br>Jimmy and Mindy Wang<br>115 Glen Garry Way<br>Hillsborough, CA 94010 | | | Claim related to SEC Suit | | | | 150,000.00 |
| ACCOUNT NO.<br>Jimmy Wang<br>Mindy Wang<br>P.O. Box 892<br>Millbrae, CO 94030 | | | Claim related to Lawsuit<br>Indemnified Party | X | X | X | Unknown |
| ACCOUNT NO.<br>John Hand<br>24351 Pasto Road<br>#B<br>Dana Point, CA 92627 | | | Claim related to Lawsuit<br>Indemnified Party | X | X | X | Unknown |

_7_ Continuation sheets attached

Sheet no. _2_ of _7_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 150,000.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Worldwide Energy & Manufacturing USA Inc**          Case No. **13-21577-MER**
                          Debtor                                         (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Kingwood Logistics, Ltd. - USD<br>18/f, 625 King's Road<br>North Point<br>Hong Kong | | | May 2013<br>Trade Debt | | | | 649.08 |
| ACCOUNT NO.<br>Ladenburg Thalmann<br>520 Madison Avenue<br>9th Floor<br>New York, NY 10022 | | | Broker<br>Indemnified Party | X | X | X | Unknown |
| ACCOUNT NO.<br>Lauren Byrne<br>Lincoln & Creed, Inc.<br>700 Colorado Blvd.<br>Suite 229<br>Denver, CO 80206 | | | Claim related to Lawsuit under indemnification | X | X | X | Unknown |
| ACCOUNT NO.<br>Marco Polo Logistics (SFO), Inc.<br>156 South Spruce Avenue<br>Suite 214<br>South San Francisco, CA 94080 | | | February 2013<br>Trade Debt | | | | 13,636.43 |
| ACCOUNT NO.<br>Matt Hayden<br>c/o The Rosen Law Firm<br>555 South Flower Street<br>Suite 2900<br>San Francisco, CA 94111 | | | Lawsuit Claim/Plaintiff | X | X | X | 0.00 |

_7_ Continuation sheets attached

Sheet no. _3_ of _7_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 14,285.51

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Worldwide Energy & Manufacturing USA Inc**    Case No. **13-21577-MER**
                    Debtor                                    (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Michael D. Steingrebe<br>P.O. Box 17642<br>Boulder, CO 80308 | | | Claim related to Lawsuit<br>Indemnified Party | X | X | X | Unknown |
| ACCOUNT NO.<br>Michael H. Lewis<br>25 Kearney Street<br>Suite 302<br>San Francisco, CA 94108 | | | February 2013<br>Professional Services | | | | 3,395.00 |
| ACCOUNT NO.<br>Michael Toups<br>8 Hibicus Road<br>Belleair, FL 33756 | | | February 2010<br>Professional Services | | | | 1,000.00 |
| ACCOUNT NO.<br>Moye White, LLP<br>16 Market Square<br>6th Floor<br>16th Street<br>Denver, CO 80202-1486 | | | Legal Fees and Costs | | | X | 378,741.48 |
| ACCOUNT NO.<br>Outlook United<br>1701 Gum Street<br>#B<br>San Mateo, CA 94402 | | | February 2013<br>Trade Debt | | | | 600.00 |

_7_  Continuation sheets attached

Sheet no. _4_ of _7_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▸ $ 383,736.48

Total ▸ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Worldwide Energy & Manufacturing USA Inc**
Debtor

Case No. **13-21577-MER**
(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Pahl & McCay, PLC** <br> Fenn C. Horton III <br> 225 West Santa Clara Street <br> Suite 1500 <br> San Jose, CA 95113 | | | November 2011 <br> Services | | | | 3,003.26 |
| ACCOUNT NO. <br> **Pentwater Capital Management** <br> 227 W. Monroe St. <br> Chicago, IL 60606 | | | Lawsuit Plaintiff | X | X | X | 0.00 |
| ACCOUNT NO. <br> **Risk Placement Services** <br> 33719 Treasury Center <br> Chicago, IL 60694 | | | | | | | 37,050.00 |
| ACCOUNT NO. <br> **Scott D. Hampton** <br> 751 Laurel Street <br> #710 <br> San Carlos, CA 94070 | | | | | | | 1,820.00 |

7  Continuation sheets attached

Sheet no. 5 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  $ 41,873.26

Total  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Worldwide Energy & Manufacturing USA Inc** ,   Case No. __13-21577-MER__
                            Debtor                                          (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>U.S. Securities and Exchange Commission<br>Central Regional Office<br>1801 California Street<br>Suite 1500<br>Denver, CO 80202-2656<br><br>Sonia Chase<br>U.S. Securities and Exchange Commission<br>175 West Jackson Blvd.<br>9th Floor<br>Chicago, IL 60604 |  | X | Judgment in Lawsuit |  |  |  | 100,000.00 |
| ACCOUNT NO.<br>UPS<br>Dept. 4820<br>Los Angeles, CA 90096-4820 |  |  | Trade Debt |  |  |  | 712.88 |
| ACCOUNT NO.<br>Vibato, LLC<br>755 Baywood Drive<br>2nd Floor<br>Petaluma, CA 94954 |  |  | Professional Services |  |  |  | 4,583.33 |
| ACCOUNT NO.<br>Windes & McClaughry Accountancy Corp.<br>Landmark Square<br>111 West Ocean Boulevard,<br>Twenty Second Floor<br>Long Beach, CA 90802 |  |  | May 2010<br>Professional Services |  |  |  | 135,216.00 |

     _7_  Continuation sheets attached

Sheet no. _6_ of _7_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 240,512.21

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Worldwide Energy & Manufacturing USA Inc**  
Debtor

Case No. **13-21577-MER**  
(If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Worldwide Energy and MFG Nantong**<br>88 Qifeng Road<br>Rucheng Town Rugao, 226500<br>Jiangsu, China | | | 2012<br>Trade Debt | | | | 212,362.15 |
| ACCOUNT NO.<br>**ZHEJIANG SHUQIMENG Photovoltaic Technology**<br>No. 5 Yangcheng Road<br>Nanyang Town, Xiaoshan District<br>Hangzhou, Zhejiang, China | | | January 2013<br>Trade Debt | | | | 1,831.81 |
| ACCOUNT NO.<br>**ZHEJIANG ZG-Cellings Co., Ltd.**<br>8 Hauwei Road<br>Zhongshan Industrial Zone<br>Pujiang, Jinhua, Zhejiang<br>321000 China | | | March 2013<br>Trade Debt | | | | 5,943.75 |

_7_ Continuation sheets attached

Sheet no. _7_ of _7_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 220,137.71

Total ➤ $ 1,464,306.17

(Use only on last page of the completed Schedule F.)  
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)