UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 13-21577-MER |
| WORLDWIDE ENERGY & ) | |
| MANUFACTURING USA, INC. ) | |
| EIN: 77-0423745 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**MOTION TO SET DATE FOR FILING DISCLOSURE STATEMENT**

The Debtor, by and through its attorneys, Kutner Brinen Garber, P.C., moves the Court pursuant to Bankruptcy Rule 3016(b) for entry of an Order setting a date by which time the Debtor is required to file its Disclosure Statement to Accompany its Plan of Reorganization dated October 28, 2013 and as grounds therefore states as follows:

1. The Debtor filed for relief under Chapter 11 of the Bankruptcy Code on July 5, 2013 and the Debtor remains a debtor-in-possession.

2. The Debtor filed its Plan of Reorganization on October 28, 2013 ("Plan").

3. The Debtor's Disclosure Statement is due on October 28, 2013, the date the Plan is filed, or such date as may be set by the Court.

4. Counsel for the Debtor and the Debtor are working on the Disclosure Statement. However, the document does need information regarding the Debtor's subsidiaries that are located in China and information on various different claims facing the estate including claims that may be subordinated as securities based claims.

5. Counsel needs additional time in order to complete the Disclosure Statement and review it with the Debtor.

6. Counsel has been busy with a number of active cases over the past month and needs added time to compile and review information with the Debtor.

7. The Debtor requests that it have until November 11, 2013 for filing the Disclosure Statement.

8. This brief extension of time should not prejudice any creditor and should afford the Debtor and counsel for the Debtor sufficient time to review the Disclosure Statement, make any necessary revisions, and file it with the Court.

9. Filing of a complete and reviewed Disclosure Statement will allow the approval process to progress quicker and hopefully result in fewer changes being required.

10. Bankruptcy Rule 3016 provides that in a Chapter 11 case, a Disclosure Statement is to be filed with the Plan or within a time fixed by the Court.

WHEREFORE, the Debtor prays that the Court make and enter an Order directing that the Debtor's Disclosure Statement to Accompany its Plan of Reorganization dated October 28, 2013 be filed on or before November 11, 2013, and for such further and additional relief as to the Court may appear proper.

Dated: October 28, 2013

Respectfully submitted,

By: /s/ Lee M. Kutner
Lee M. Kutner (#10966)

**KUTNER BRINEN GARBER, P.C.**
303 E. 17th Avenue, Suite 500
Denver, CO 80203
Telephone: (303) 832-2400
Telecopy: (303) 832-1510
E-Mail: lmk@kutnerlaw.com

## CERTIFICATE OF SERVICE

      The undersigned certifies that on October 28, 2013, I served by prepaid first class mail a copy of the foregoing **MOTION TO SET DATE FOR FILING DISCLOSURE STATEMENT** on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and these L.B.R. at the following addresses:

Alan K. Motes, Esq.
United States Trustee's Office
999 18th Street, Suite 1551
Denver, CO 80202

James T. Burghardt, Esq.
Moye White, LLP
1400 16th Street
6th Floor
Denver, CO 80202-1473

Sonia Chae, Esq.
Securities and Exchange Commission
175 West Jackson Blvd.
Suite 900
Chicago, Illinois 60604

Carla B. Minckley, Esq.
Thomas D. Birge, Esq.
Birge & Minckley, P.C.
9055 East Mineral Circle
Suite 110
Centennnial, CO 80112-3457

Catherine Scholmann Robertson, Esq.
Pahl & McCay
225 West Santa Clara Street
Suite 1500
San Jose, CA 95113

Gary Koos
1864 Sannita Court
Pleasanton, CA 94566

Alan Chinn Group
An Accountancy Corporation
4301 Hacienda Drive
Suite 200
Pleasanton, CA 94588

Pahl & McCay, PLC
225 West Santa Clara Street
Suite 1500
San Jose, CA 95113-1752

Steve Baer
1045 Mission Street
Apt. 203
San Francisco, CA 94103

Crescent International, Ltd.
c/o Cantara (Switzerland) SA
84, Ave. Louis-Casai
CH-1216 Cointrin
Geneva Switzerland

Michael J. Guyerson, Esq.
1873 South Bellaire Street
Suite 1401
Denver, CO 80222

Phillip Pai
1462 Ferguson Way
San Jose, CA 95129-4919

Cletis E. Root
907 Trout Street
Johnston City, IL 62951

John Whitton
9 Sweetwater Court
Lake in the Hills, IL 60156

Kenneth J. Buechler, Esq.
1621 18th Street
Suite 260
Denver, CO 80202

_____
**Vicky Martina**