# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re<br><br>WORLDWIDE ENERGY &<br>MANUFACTURING USA, INC.<br>EIN: 77-0423745<br><br>   Debtor. | Case No. 13-21577 MER<br><br>Chapter 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that pursuant to Federal Rules of Bankruptcy Procedure Rule 9010(b), Perkins Coie LLP appears herein as counsel to VFC Partners 23, LLC.  Perkins Coie LLP further requests, pursuant to Bankruptcy Rules 2002 and pursuant to Rule 9013-1.1 of the Local Rules of the Bankruptcy Procedure, that copies of all notices given or required to be given in these cases and all papers served or required to be served in these cases, be given to and served upon the attorneys listed below:

> Craig M. J. Allely
> PERKINS COIE LLP
> 1900 Sixteenth Street, Suite 1400
> Denver, Colorado 80202-5255
> Phone:  303.291.2300
> Facsimile:  303.291.2400
> Email:  CAllely@perkinscoie.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, written or oral and whether transmitted or conveyed by mail, overnight delivery, messenger, facsimile, telephone, telegraph, electronic medium or otherwise filed or made with regard to the referenced cases and proceedings therein.

-2-

Dated: November 8, 2013 Respectfully Submitted,

*/s/ Craig M. J. Allely*
Craig M. J. Allely
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, Colorado 80202-5255
Phone: 303.291.2300
Facsimile: 303.291.2400
Email: CAllely@perkinscoie.com
*Attorney for VFC Partners 23, LLC*

LEGAL28301524.1

## CERTIFICATE OF SERVICE

I do hereby certify that on this 8th day of November, 2013, a true and correct copy of the foregoing **Notice of Appearance and Request for Notice** has been served on the following parties via PACER/ECF:

| | |
|---|---|
| Lee M. Kutner<br>Kutner Brinen Garber, P.C.<br>303 E. 17th Avenue, Suite 500<br>Denver, CO 80203 | Alan K. Motes<br>United States Trustee's Office<br>999 18th Street, Suite 1551<br>Denver, CO 80202 |
| Alan Chinn Group<br>An Accountancy Corporation<br>4301 Hacienda Drive, Suite 200<br>Pleasanton, CA 94588 | James T. Burghardt<br>Moye White LLP<br>1400 16th Street, 6th Floor<br>Denver, CO 80202-1473 |
| Pahl & McCay, PLC<br>225 West Santa Clara Street, Suite 150<br>San Jose, CA 95113-1752 | Sonia Chae<br>Securities and Exchange Commission<br>175 West Jackson Blvd., Suite 900<br>Chicago, IL 60604 |
| Steve Baer<br>1045 Mission Street, Apt. 203<br>San Francisco, CA 94103 | Carla B. Minckley<br>Thomas D. Birge<br>Birge & Minckley, P.C.<br>9055 East Mineral Circle, Suite 110<br>Centennial, CO 80112-3457 |
| Catherine Scholmann Robertson<br>Pahl & McCay, PLC<br>225 West Santa Clara Street, Suite 150<br>San Jose, CA 95113-1752 | Crescent International, Ltd<br>c/o Cantara (Switzerland) SA<br>84, Ave. Louis-Casai<br>CH-1216 Cointrin<br>Geneva, Switzerland |
| Michael J. Guyerson<br>1873 South Bellaire Street, Suite 1401<br>Denver, CO 80222 | Gary Koos<br>1864 Sannita Court<br>Pleasanton, CA 94566 |
| Cletis E. Root<br>907 Trout Street<br>Johnson City, IL 62951 | John Whitton<br>9 Sweetwater Court<br>Lake in the Hills, IL 60156 |
| Kenneth J. Buechler<br>1621 18th Street, Suite 260<br>Denver, CO 80202 | Worldwide Energy & Manufacturing USA, Inc<br>6754 West Hinsdale Avenue<br>Littleton, CO 80128-4515 |

                */s/ Karon Bean*
                For Perkins Coie LLP