**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 13-21577 MER |
| WORLDWIDE ENERGY & ) | |
| MANUFACTURING USA INC. ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**ORDER AND NOTICE OF EVIDENTIARY HEARING**

NOTICE IS HEREBY GIVEN that a hearing will be held on **Thursday, March 6, 2014, at 9:30- a.m.** in the United States Bankruptcy Court for the District of Colorado, Courtroom C-502, Byron Rogers Courthouse, 1929 Stout Street, Denver, Colorado on the Debtor's Objection to Claim of Gary Koos and Creditor's response. **This matter has been set for one day.**

**IT IS ORDERED** that:

      1.  <u>**Discovery**</u>.   Discovery must be completed by **February 3, 2014.** "Completed" means that all depositions are concluded and that responses to written discovery are due on or before the discovery completion date.  The special provisions regarding limited and simplified discovery as specified in Local Bankruptcy Rule 7026-2 shall apply in this contested matter.  All discovery disputes in this matter are subject to this division's "No Written Discovery Motions" procedure, which is set forth under Judges' Info on the Court's website at www.cob.uscourts.gov.

      2.  <u>**Witnesses and Exhibits**</u>.  **The requirements in this Order specifically supersede the requirements in Local Bankruptcy Rule 9070-1.**  The parties shall exchange witness lists and exhibits on or before **February 13, 2014.**  A List of Witnesses and Exhibits shall be filed with the Court on or before **February 13, 2014,** substantially in the form of L.B. Form 9070-1.1 (Attachment A to this Order).  <u>Do not file the actual exhibits</u> unless otherwise directed by the Court.

            a.   The parties must exchange FULL SETS of intended exhibits prior to trial.  Exhibits which have been attached to pleadings or provided as discovery responses are not considered to be exchanged for purposes of trial preparation.

            b.   Exhibits must be marked for identification (Movant-numbers and Respondent-letters).

            c.   **Multi-page exhibits should be individually page-numbered**.

            d.   Expert witnesses must be specifically identified.

            e.   Each party shall provide three (3) copies (original + 2) of all exhibits to the Law Clerk or Courtroom Deputy.  The original

exhibits are to be used by the witness and the copies are for the Court.

f.    Exhibits should be placed in a binder and indexed in the form of Attachment 1 to L.B.R. 9070-1.1 (attached to this Order).

g.    Written objections directed to the witnesses or exhibits must be filed with the Court and served on opposing counsel or party on or before **February 20, 2014,** otherwise all objections except as to foundation and relevancy are waived.

h.    Copies of contested exhibits must be attached to the filing of objections for the Court's prior review, unless the nature of the objection involves the fact that the party proffering the exhibit has failed to adequately identify and/or exchange it.

i.    While objections to exhibits will be deemed waived unless the objector complies with this paragraph, only those exhibits which are specifically admitted during the evidentiary hearing will be considered by the Court and become part of the evidentiary hearing record.

3.    **Stipulated Facts**.  The parties shall confer and prepare a list of uncontested background facts relating to the issues before the Court, which list shall be filed with the Court on or before **February 13, 2014.**  If the parties are unable to reach an agreement as to any stipulated facts, a statement to that effect must be filed.  **Failure to file this required document will result in the hearing being vacated and may result in denial of the relief requested and/or sanctions upon the party and counsel failing to comply.**

4.    **Notification of Settlement**.  To facilitate court preparation for this hearing, any motion to continue the hearing or to vacate the hearing due to settlement shall be filed at least **24 hours prior to the scheduled hearing**. Parties shall contact chambers staff by telephone at 720-904-7413 upon filing such a motion, and chambers staff will advise parties if the hearing is continued or vacated.  Except in exigent circumstances not known 24 hours before the hearing, oral motions to continue will not be entertained.  If the matter is settled and a written motion to vacate due to settlement cannot be timely submitted, counsel and parties appearing *pro se* may be required to appear, either in person or by telephone, at the scheduled hearing time to read the terms of any settlement into the record.

5.    **Trial Briefs**.  For all trials and contested hearings set for one day or longer, it is the practice of this Court to request the parties to provide written closings, with legal authority and citations to the trial record, at a date to be determined after the close of evidence.  Accordingly, the Court asks the parties to forego pre-trial briefing in lieu of the written closings.  Motions requesting conventional oral closings may be tendered to the Court prior to the start of trial.

6.    **Court Appearances**.  Evidence will not be received by telephone or declaration, nor will parties be permitted to appear by telephone.  All parties shall appear in person or by counsel.

**Failure to file the required documents as set forth above will result in the hearing being vacated and may result in denial of the relief requested and/or sanctions upon the party and counsel failing to comply.**

Dated December 3, 2013                                        BY THE COURT:

                                                             _____
                                                             Michael E. Romero
                                                             United States Bankruptcy Judge

# ATTACHMENT A

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO
### Bankruptcy Judge Michael E. Romero

In re:                                        )
                                              )
_____,               )     Bankruptcy Case No._____
Debtor.                                  )     Chapter ____

(Double Caption if Necessary)

_____
_____

## (Party Name)'s LIST OF WITNESSES AND EXHIBITS
_____
_____

_____ ("Party") , through undersigned counsel, hereby designates the following witnesses and exhibits for the trial/hearing on _____, at _____  ____. m. in Courtroom D before the Honorable Michael E. Romero.

## WITNESSES

Party **will** call the following witnesses:

1.      _____, to testify regarding _____.

2.      _____, as an adverse witness.


Party **may** call the following witnesses:

1.      _____, to testify regarding _____.

2.      _____, to testify regarding _____.

## EXHIBITS

Party intends to introduce as exhibits at trial those exhibits enumerated in Attachment 1, attached hereto and incorporated herein.

Dated:_____

FIRM NAME

By:_____
  John A. Attorney, #0000
  Street Address
  City, State, Zip
  Telephone Number
  Facsimile Number
*Attorney for*_____

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true and correct copy of the foregoing **_____'s List of Witnesses and Exhibits** was served upon the following by depositing same in the U.S. Mail, first class postage prepaid, this _____ day of _____, _____:

_____

**ATTACHMENT 1**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re: _____
Chapter _____, Case Number _____ MER
(or Adversary Proceeding No._____)

EXHIBITS FOR HEARING

Submitted by:   (Name of Party)
In connection with:  (date and nature of hearing or date of trial)
                Example: 12/31/00 Motion for Relief from Stay or
12/31/00 Trial

| Exhibit | Description | Offered (Yes/No) | Admitted (Yes/No) | Additional Comments |
|---------|-------------|------------------|-------------------|---------------------|
|         |             |                  |                   |                     |
|         |             |                  |                   |                     |
|         |             |                  |                   |                     |
|         |             |                  |                   |                     |
|         |             |                  |                   |                     |
|         |             |                  |                   |                     |
|         |             |                  |                   |                     |
|         |             |                  |                   |                     |
|         |             |                  |                   |                     |
|         |             |                  |                   |                     |
|         |             |                  |                   |                     |
|         |             |                  |                   |                     |
|         |             |                  |                   |                     |